IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 15  A 8:53

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. ROBERT C. SMITH, M.D., | )<br>)<br>) |
| Plaintiff, | ) No. 3:02cv1205 (W...)<br>)<br>) |
| v. | )<br>) |
| YALE-NEW HAVEN HOSPITAL, INC.,<br>YALE UNIVERSITY, NEW YORK<br>PRESBYTERIAN HOSPITAL,<br>CORNELL UNIVERSITY JOAN AND<br>SANFORD I. WEILL MEDICAL<br>COLLEGE, ET. AL., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| | ) March 12, 2004 |
| Defendants. | )<br>) [FILED UNDER SEAL] |

### THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id.

Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests

that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

Finally, the United States requests that only the second amended complaint, this notice, and the Court's Order be unsealed and served upon the defendants.[1] All other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period or for any other reason, and any and all other documents and memoranda filed by the United States) should remain under seal and not be made public or served upon the defendants.

A proposed order accompanies this notice.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

By: _____
RICHARD M. MOLOT
ASSISTANT U.S. ATTORNEY
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3792

---

[1] On or about March 11, 2004, relator filed a second amended complaint in this action.

-2-

CERTIFICATION OF SERVICE

This is to certify that a true and correct copy of The Government's Notice of Election to Decline Intervention and proposed Order was served by first-class mail, this 12th day of March, 2004, on:

> Mary Alice Leonhardt, Esq.
> 102 Oak Street
> Hartford, CT 06106
>
> Peter B. Prestley, Esq.
> Madsen, Prestley & Parenteau, LLC
> 44 Capitol Avenue, Suite 201
> Hartford, CT 06106
>
> Mary Louise Cohen, Esq.
> Phillips & Cohen, LLC
> 2000 Massachusetts Ave., N.W.
> Washington, D.C. 20036

Pursuant to 31 U.S.C. § 3730(b)(2), no service was made upon the defendants since this case is still under seal.

_____
RICHARD M. MOLOT
ASSISTANT U.S. ATTORNEY