02cv1205 mamd
02cv1205-exh 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, ex rel )
and ROBERT C. SMITH, M.D. )

                          PLAINTIFFS )

VS. )

YALE-NEW HAVEN HOSPITAL, INC, )
YALE UNIVERSITY, NEW YORK PRESBYTERIAN )
HOSPITAL AND CORNELL UNIVERSITY JOAN AND )
SANFORD I. WEILL MEDICAL COLLEGE, )
                       DEFENDANTS

Civil Action
No.3:02cv1205 (WWE)

False Claims Act Action
Pursuant to
31 U.S.C. § 3729, *et seq.*

JULY 27, 2004

## PLAINTIFFS' MOTION ON CONSENT FOR
## PERMISSION TO FILE THIRD AMENDED COMPLAINT

Pursuant to the Rules 20 and 21 of the Federal Rules of Civil Procedure and Rule 7 of

the Local Rules for this Court, Plaintiff respectfully moves for permission to file his Third

Amended Complaint, which is attached hereto under seal as Exhibit 1. The changes

effectuated by the proposed Third Amended Complaint are as follows: (a) A number of

defendants misjoined in the action will be removed; and (b) the changes incorporated therein

shall further specify and clarify the allegations previously set forth.

In support of this Motion, Plaintiff states as follows:

1. This original complaint in this action was filed, under seal, on June 24, 2002;

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**



Motion DENIED AS MOOT. 8/12/04

WARREN W. EGINTON, Senior U.S.D.J.

2.    No prejudice will be occasioned by the granting of the instant Motion, because
(a) as this action has been, and remains, under seal, no Defendant(s) has been
yet served; and (b) no discovery or other litigation related activity has been
conducted.

3.    The granting of the instant Motion would comport with the letter and spirit of
Rule 15(a) of the Federal Rules of Civil Procedure, which provides that leave
to amend a pleading "shall be freely given when justice so requires." Fed. R.
Civ. P. 15(a).

4.    The granting of the instant Motion would comport with the letter and spirit of
Rule 21 of the Federal Rules of Civil Procedure, which states in pertinent part
that: "Parties may be dropped or added by order of the court on motion of any
party or of its own initiative at any stage of the action and on such terms as are
just."

5.    Assistant U.S. Attorney Richard M. Molot was unavailable to state whether he
would consent to the granting of this motion.


WHEREFORE, Plaintiff respectfully moves for permission to file the attached Third
Amended Complaint.

PLAINTIFF
ROBERT C. SMITH, M.D.,

By:    _____

Peter B. Prestley (ct 15799)
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06320
Tel:  (860) 246-2466
Fax:  (860) 246-1794

## CERTIFICATION

I hereby certify that a copy of the foregoing were sent on this 27th day of July 2004 as follows:

A copy of the foregoing was sent via express mail delivery, and addressed to:

> Honorable John Ashcroft
> United States Department of Justice
> Office of the Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

and that three (3) copies have been hand-delivered in accordance with Rule 5 of the Federal

Rules of Civil Procedure and Rules 7(d) and 7(e) of the Local Rules of Civil Procedure to:

> John Hughes, Esq.
> Assistant United States Attorney
> Office of the United States Attorney
> 157 Church Street, 23[rd] Floor
> New Haven, CT  06510

> Richard M. Molot, Esq.
> Assistant United States Attorney
> Office of the United States Attorney
> 157 Church Street, 23[rd] Floor
> New Haven, CT  06510

and via regular U.S. Mail, postage prepaid to:

> Mary Alice Leonhardt, Esq.
> Law Offices of Mary Alice Leonhardt, LLC
> 102 Oak Street
> Hartford, CT 06106

Peter B. Prestley, Esq.