FILED

2004 AUG -5 P 2: 08

UNITED STATES DISTRICT COURT DISTRICT CO...
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel and ROBERT C. SMITH, M.D.<br><br>　　　　Plaintiffs,<br>v.<br><br>YALE UNIVERSITY and<br>YALE NEW HAVEN HOSPITAL<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>3:02CV01205 (WWE)<br><br><br><br>July 30, 2004 |

### NOTICE OF APPEARANCE

Please enter the appearance of Patrick M. Noonan, as attorney for the Defendant, Yale New Haven Hospital, in the above-entitled matter.

　　　　　　　　　　　　　　THE DEFENDANT
　　　　　　　　　　　　　　YALE NEW HAVEN HOSPITAL

　　　　　　　　　　　　　　BY: _Patrick M. Noonan_
　　　　　　　　　　　　　　Patrick M. Noonan (#CT00189)
　　　　　　　　　　　　　　Donahue, Durham & Noonan, P.C.
　　　　　　　　　　　　　　741 Boston Post Road
　　　　　　　　　　　　　　Guilford, CT 06437
　　　　　　　　　　　　　　(203) 458-9168
　　　　　　　　　　　　　　(203) 458-4424 - Fax

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Peter B. Prestley, Esq.
Madsen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Mary Alice Leonhardt, Esq.
102 Oak Street
Hartford, CT 06106

Mary Louise Cohen, Esq.
Phillips & Cohen
2000 Massachusetts Avenue, NW
Washington, DC 20036

_____
Patrick M. Noonan