UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, ex rel
and ROBERT C. SMITH, M.D.

      Plaintiffs,

v.

YALE UNIVERSITY and
YALE NEW HAVEN HOSPITAL

      Defendants.

CIVIL ACTION NO.
3:02CV01205 (WWE)

August 4, 2004

## MOTION FOR EXTENSION OF TIME

The defendant, Yale New Haven Hospital, hereby moves, pursuant to Local Civil Rule 7(b) for a 30-day extension of time, up to and including September 16, 2004, to file a response to plaintiff's complaint. This extension is necessary because defense counsel was just retained and needs additional time to investigate the factual and legal issues raised by the complaint. Plaintiff's counsel has indicated that he has no objection to the granting of this motion. This is the first such request for an extension of time.

                THE DEFENDANT
                YALE NEW HAVEN HOSPITAL

BY: _____
Patrick M. Noonan (#CT00189)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168
(203) 458-4424 – Fax

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Peter B. Prestley, Esq.
Madsen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Mary Alice Leonhardt, Esq.
102 Oak Street
Hartford, CT 06106

Mary Louise Cohen, Esq.
Phillips & Cohen
2000 Massachusetts Avenue, NW
Washington, DC 20036

*[signature: Patrick M. Noonan]*
Patrick M. Noonan