

United States District Court
District of Connecticut
FILED AT BRIDGEPORT

8/2/04 20
Kevin F Rowe, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG -2  A 9:39
U.S. DISTRICT COURT
BRIDGEPORT, CO

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel and ROBERT C. SMITH, M.D.<br><br>PLAINTIFFS<br><br>VS.<br><br>YALE-NEW HAVEN HOSPITAL, INC, YALE UNIVERSITY, NEW YORK PRESBYTERIAN HOSPITAL AND CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE,<br>DEFENDANTS | Civil Action No.3:02cv01205 (WWE)<br><br>False Claims Act Action Pursuant to 31 U.S.C. § 3729, *et seq.*<br><br>JULY 30, 2004 |

### PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR PERMISSION TO FILE THIRD AMENDED COMPLAINT

Pursuant to the Rules 15 of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules for this Court, Plaintiff respectfully moves to withdraw without prejudice his Motion for Permission to File his Third Amended Complaint.

In support of this Motion, Plaintiff states as follows:

1. This original complaint in this action was filed, under seal, on June 24, 2002;

2. Plaintiff's Motion for Permission to File his Third Amended Complaint was filed on July 27, 2004.

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

WHEREFORE, Plaintiff respectfully moves to withdraw without prejudice his motion for permission to file a Third Amended Complaint.

By:

PLAINTIFF
ROBERT C. SMITH, M.D.,

Peter B. Prestley (ct 15799)
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06320
Tel: (860) 246-2466
Fax: (860) 246-1794

## CERTIFICATION

I hereby certify that a copy of the foregoing were sent on this 30th day of July 2004 as follows:

> John Hughes, Esq.
> Assistant United States Attorney
> Office of the United States Attorney
> 157 Church Street, 23[rd] Floor
> New Haven, CT 06510
>
> Richard M. Molot, Esq.
> Assistant United States Attorney
> Office of the United States Attorney
> 157 Church Street, 23[rd] Floor
> New Haven, CT 06510
>
> Mary Alice Leonhardt, Esq.
> Law Offices of Mary Alice Leonhardt, LLC
> 102 Oak Street
> Hartford, CT 06106

_____
Peter B. Prestley, Esq.