37

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------------X
UNITED STATES OF AMERICA, <u>ex rel</u>
and ROBERT C. SMITH, M.D.,

        Plaintiffs,

VS.

YALE-NEW HAVEN HOSPITAL, INC., *et al.*
DEFENDANTS
        Defendants.
---------------------------------------------------------X

**ORIGINAL**

Civil Action No.: Civil Action No. 3:02cv01205(WWE)

**NOTICE OF APPEARANCE**

**FILED UNDER SEAL**

PLEASE TAKE NOTICE, that David S. Poppick, Esq. of Epstein Becker & Green, P.C., hereby appears as an attorney of record for the Defendant, New York and Presbyterian Hospital. Copies of all papers and communications in this matter should be directed to the firm's office at One Landmark Square, Suite 1800, Stamford, CT 06901-2601.

        **EPSTEIN BECKER & GREEN, P.C.**
        Attorneys for Defendant,
        New York and Presbyterian Hospital

        By _____
        David S. Poppick (#ct13202)
        One Landmark Square, 18th Floor
        Stamford, CT 06901
        (203) 348-3737

ST:29381v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent, via regular mail, this 6th day of August, 2004 to:

    Law Offices of
    Mary Alice Leonhardt, LLC
    102 Oak St
    Hartford, CT, 06106
    Tel:   (860) 727-8874
    Fax:  (860) 525-2194

    Madsen, Prestley
    & Parenteau, LLC
    44 Capitol Ave, Suite 201
    Hartford, CT 06106

    Honorable John Ashcroft
    United States Department of Justice
    Office of the Attorney General    (3 Copies)
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-001

    John Hughes, Esq.
    Richard Molot, Esq.
    Assistant United States Attorney
    Office of the United States Attorney    (3 Copies)
    157 Church Street, 23rd Floor
    New Haven, CT 06510

_____
David S. Poppick

ST:29381v1

- 2 -