38

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ORIGINAL**

------------------------------------------------------------X

UNITED STATES OF AMERICA, <u>ex rel</u>
and ROBERT C. SMITH, M.D.,

        Plaintiffs,

VS.

YALE-NEW HAVEN HOSPITAL, INC., *et al.*
DEFENDANTS
        Defendants.

------------------------------------------------------------X

Civil Action No.: Civil Action No. 3:02cv01205(WWE)

**NOTICE OF APPEARANCE**

**FILED UNDER SEAL**

2004 AUG -6 P 3: 33  FILED

PLEASE TAKE NOTICE, that Jonathan M. Plissner, Esq. of Epstein Becker & Green, P.C., hereby appears as an attorney of record for the Defendant, New York and Presbyterian Hospital. Copies of all papers and communications in this matter should be directed to the firm's office at One Landmark Square, Suite 1800, Stamford, CT 06901-2601.

                              **EPSTEIN BECKER & GREEN, P.C.**
                              Attorneys for Defendant,
                              New York and Presbyterian Hospital

By _____
     Jonathan M. Plissner, Esq. (#ct23773)
     One Landmark Square, 18th Floor
     Stamford, CT 06901
     (203) 348-3737

ST:29384v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent, via regular mail, this 6th day of August, 2004 to:

Law Offices of
Mary Alice Leonhardt, LLC
102 Oak St
Hartford, CT, 06106
Tel:   (860) 727-8874
Fax:   (860) 525-2194

Madsen, Prestley
& Parenteau, LLC
44 Capitol Ave, Suite 201
Hartford, CT 06106

Honorable John Ashcroft
United States Department of Justice
Office of the Attorney General          (3 Copies)
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-001

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the United States Attorney    (3 Copies)
157 Church Street, 23rd Floor
New Haven, CT 06510

Jonathan M. Plissner