UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel and ROBERT C. SMITH, M.D., <br><br> PLAINTIFFS, <br> VS. <br><br> YALE-NEW HAVEN HOSPITAL, INC., et al. <br> DEFENDANTS | Civil Action No. 3:02cv01205(WWE) <br><br> (FILED UNDER SEAL) <br><br> August 6, 2004 <br><br> (ORAL ARGUMENT NOT REQUESTED) |

### DEFENDANT NEW YORK AND PRESBYTERIAN HOSPITAL'S MOTION FOR ADMISSION PRO HAC VICE OF STUART M. GERSON

1. David S. Poppick, an attorney for the defendant New York and Presbyterian Hospital, and a member of the Bar of this Court, respectfully moves pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, for the admission of Stuart M. Gerson, Esquire, an attorney with the law firm of Epstein Becker & Green, P.C., 1227 25th Street, NW, Suite 700, Washington, D.C. 20037-1175, *pro hac vice* as counsel for the defendant New York and Presbyterian Hospital in association with the undersigned in the above-captioned matter. The telephone number for Epstein Becker & Green, P.C.'s Washington, D.C. office is (202) 861-0900 and its fax number is (202) 296-2882.

2. Attorney Gerson has been admitted to the following bars and courts:

   | | |
   |---|---|
   | District of Columbia | April 1, 1972 |
   | New York State | June 22, 1999 |
   | Supreme Court of the United States | June 10, 1974 |
   | United States Courts of Appeals <br>   DC Circuit | June 14, 1972 |

ST:29388v1

| | |
|---|---|
| First Circuit | April 5, 1989 |
| Second Circuit | February 21, 1979 |
| Third Circuit | January 7, 1985 |
| Fourth Circuit | April 30, 1984 |
| Fifth Circuit | October 10, 1978 (old) |
| | November 9, 1981 (new) |
| Sixth Circuit | August 25, 1982 |
| Seventh Circuit | April 14, 1989 |
| Eighth Circuit | November 18, 1986 |
| Ninth Circuit | June 26, 1978 |
| Tenth Circuit | December 7, 1989 |
| Eleventh Circuit | November 9, 1981 |
| Federal Circuit | December 13, 1989 |

United States District Courts
| | |
|---|---|
| District of Columbia | February 9, 1968 |
| District of Maryland | September 12, 1985 |
| Northern District of New York | July 3, 1996 |
| Western District of Michigan | April 25, 1996 |
| District of Arizona | April 1, 1997 |
| Southern District of New York | April 10, 2001 |
| Eastern District of New York | April 10, 2001 |

(Affidavit of Stuart M. Gerson, ¶ 1 (hereinafter "Gerson Aff."))

3. Attorney Gerson is a member in good standing of all Bars to which he has been admitted and has never been the subject of any disciplinary proceedings. (Gerson Aff. ¶ 2.)

4. Attorney Gerson has not resigned nor been denied admission, reprimanded, suspended or disbarred from the practice of law by this or any other court, nor does he have any grievances pending against him. (Gerson Aff. ¶ 3.)

5. Attorney Gerson has not been denied admission or been disciplined in accordance with Rule 83.2 of the Local Rules of Civil Procedure for this District and has not been denied admission or disciplined by any other court. (Gerson Aff. ¶ 4.)

6. Attorney Gerson is familiar with the facts of this case and has knowledge of the circumstances giving rise to the occasion. (Gerson Aff. ¶ 5.)

7. Attorney Gerson has previously been admitted *pro hac vice* to the United States

District Court of Connecticut. (Gerson Aff. ¶ 6.)

    8.    Attorney Gerson has reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut. (Gerson Aff. ¶ 7.)

    9.    Attached to this motion is a check in the amount for $25.00 for payment of the fee required by Rule 83.1(d) of the Local Rules of Civil Procedure for this District.

**WHEREFORE**, the undersigned respectfully requests that the Court grant admission for Stuart M. Gerson to appear *pro hac vice* on behalf of New York and Presbyterian Hospital in the above cases and for such other relief as may be just.

Dated: August 6, 2004

                                          **EPSTEIN BECKER & GREEN, P.C.**
                                          Attorneys for Defendant New York and Presbyterian Hospital

By: /s/ David S. Poppick

                                          David S. Poppick
                                          Federal Bar No. (#ct13202)
                                          Jonathan M. Plissner
                                          Federal Bar No. (#ct23773)
                                          One Landmark Square, Suite 1800
                                          Stamford, CT 06901-2601
                                          (203) 348-3737

                                            and

                                          Stuart M. Gerson
                                          1227 25th Street, NW Suite 700
                                          Washington, D.C. 20037-1175
                                          (202) 861-0900

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent, via regular mail, this 6th day of August, 2004 to:

Law Offices of
Mary Alice Leonhardt, LLC
102 Oak St
Hartford, CT, 06106
Tel:   (860) 727-8874
Fax:   (860) 525-2194

Madsen, Prestley
& Parenteau, LLC
44 Capitol Ave, Suite 201
Hartford, CT 06106

Honorable John Ashcroft
United States Department of Justice
Office of the Attorney General          (3 Copies)
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-001

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the United States Attorney    (3 Copies)
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
David S. Poppick