40

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ORIGINAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex</u> <u>rel</u> and ROBERT C. SMITH, M.D., <br><br> PLAINTIFFS, <br> VS. <br><br> YALE-NEW HAVEN HOSPITAL, INC., *et al.,* <br> DEFENDANTS. | Civil Action No. 3:02cv01205(WWE) <br><br><br><br><br> **AFFIDAVIT OF STUART M. GERSON** <br><br> **(FILED UNDER SEAL)** <br><br> August 6, 2004 |

FILED 2004 AUG -6 P 3:30

DC:262108v1                    - 6 -

## **AFFIDAVIT OF STUART M. GERSON**

District of Columbia  )
                      ) ss:

I, Stuart M. Gerson, being duly sworn, state and aver, based on my personal knowledge of the following:

1. I am admitted to the following bars and courts:

   | | |
   |---|---|
   | District of Columbia | April 1, 1972 |
   | New York State | June 22, 1999 |
   | Supreme Court of the United States | June 10, 1974 |

   United States Courts of Appeals

   | | |
   |---|---|
   | DC Circuit | June 14, 1972 |
   | First Circuit | April 5, 1989 |
   | Second Circuit | February 21, 1979 |
   | Third Circuit | January 7, 1985 |
   | Fourth Circuit | April 30, 1984 |
   | Fifth Circuit | October 10, 1978 (old) |
   | | November 9, 1981 (new) |
   | Sixth Circuit | August 25, 1982 |
   | Seventh Circuit | April 14, 1989 |
   | Eighth Circuit | November 18, 1986 |
   | Ninth Circuit | June 26, 1978 |
   | Tenth Circuit | December 7, 1989 |
   | Eleventh Circuit | November 9, 1981 |
   | Federal Circuit | December 13, 1989 |

   United States District Courts

   | | |
   |---|---|
   | District of Columbia | February 9, 1968 |
   | District of Maryland | September 12, 1985 |
   | Northern District of New York | July 3, 1996 |
   | Western District of Michigan | April 25, 1996 |
   | District of Arizona | April 1, 1997 |
   | Southern District of New York | April 10, 2001 |
   | Eastern District of New York | April 10, 2001 |

2. I am a member in good standing of the Bars to which I have been admitted and I have never been the subject of any disciplinary proceedings.

DC:262108v1

- 7 -

3. I have not resigned nor been denied admission, reprimanded, suspended or disbarred from the practice of law by this or any other court, nor do I have any grievances pending against me.

4. I have not been denied admission or been disciplined in accordance with Rule 83.2 of the Local Rules of Civil Procedure for this District and have not been denied admission or disciplined by any other court.

5. I am familiar with the facts of this case and have knowledge of the circumstances giving rise to this action.

6. I have previously been admitted *pro hac vice* to the U.S. District Court of Connecticut.

7. I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Dated: August 5, 2004

_____
Stuart M. Gerson

Subscribed and sworn to before
me this 5th day of August 2004

_____
Notary Public

DYAN E. WOLFE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires July 14, 2006

DC:262108v1

- 8 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent, via regular mail, this 6th day of August, 2004 to:

Law Offices of
Mary Alice Leonhardt, LLC
102 Oak St
Hartford, CT, 06106
Tel:   (860) 727-8874
Fax:   (860) 525-2194

Madsen, Prestley
& Parenteau, LLC
44 Capitol Ave, Suite 201
Hartford, CT 06106

Honorable John Ashcroft
United States Department of Justice
Office of the Attorney General          (3 Copies)
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-001

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the United States Attorney    (3 Copies)
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Jonathan M. Plissner