

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, ex rel )
and ROBERT C. SMITH, M.D. )
) Civil Action
) No.3:02cv01205 (WWE)
PLAINTIFFS )
)
VS. )
) False Claims Act Action
) Pursuant to
YALE-NEW HAVEN HOSPITAL, INC, ) 31 U.S.C. § 3729, et seq.
YALE UNIVERSITY, NEW YORK PRESBYTERIAN )
HOSPITAL AND CORNELL UNIVERSITY JOAN AND )
SANFORD I. WEILL MEDICAL COLLEGE, ) JULY 30, 2004
DEFENDANTS

### PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR PERMISSION TO FILE THIRD AMENDED COMPLAINT

Pursuant to the Rules 15 of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules for this Court, Plaintiff respectfully moves to withdraw without prejudice his Motion for Permission to File his Third Amended Complaint.

In support of this Motion, Plaintiff states as follows:

1. This original complaint in this action was filed, under seal, on June 24, 2002;

2. Plaintiff's Motion for Permission to File his Third Amended Complaint was filed on July 27, 2004.

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

WHEREFORE, Plaintiff respectfully moves to withdraw without prejudice his motion for permission to file a Third Amended Complaint.

PLAINTIFF
ROBERT C. SMITH, M.D.,

By: _____
Peter B. Prestley (ct 15799)
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06320
Tel: (860) 246-2466
Fax: (860) 246-1794

## CERTIFICATION

I hereby certify that a copy of the foregoing were sent on this 30th day of July 2004 as follows:

    John Hughes, Esq.
    Assistant United States Attorney
    Office of the United States Attorney
    157 Church Street, 23rd Floor
    New Haven, CT 06510

    Richard M. Molot, Esq.
    Assistant United States Attorney
    Office of the United States Attorney
    157 Church Street, 23rd Floor
    New Haven, CT 06510

    Mary Alice Leonhardt, Esq.
    Law Offices of Mary Alice Leonhardt, LLC
    102 Oak Street
    Hartford, CT 06106

_____
Peter B. Prestley, Esq.