49

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG 24 P 2:34

| United States of America, *ex rel* and Robert C. Smith, M.D., Plaintiffs, -against- Yale New Haven Hospital Inc., Yale University, New York Presbyterian Hospital and Cornell University, *et al*, Defendants. | Index No. 03:02CV01205 (WWE) |
|---|---|

## AFFIDAVIT OF SERVICE

State of New York } ss.
County of New York }

**GARTH PINNOCK,** being duly sworn, deposes and says that he is over the age of 18 years, is not a party to this action and resides within the State of New York. That on 07/27/2004 at 4:43 p.m. at 525 E. 68th Street, New York, NY 10021, deponent served the **SECOND AMENDED COMPLAINT** on **NEW YORK PRESBYTERIAN HOSPITAL**, and that deponent knew the person so served to be the Ms. Murva Goldson and stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:

| Age: | Height: | Weight: | Hair: | Race: | Sex: |
|---|---|---|---|---|---|
| 30-40 | 5'7 | 125-135 | Black | Black | (F) |

Garth Pinnock

SWORN TO BEFORE ME: ______ on 8/18/04
Notary Public

DAVID MALLOW
Notary Public, State of New York
No. 02MA5023606
Qualified in New York County
Commission Expires February 7, 2006