IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. ROBERT C. SMITH, M.D., <br><br>Plaintiff,<br><br>v.<br><br>YALE-NEW HAVEN HOSPITAL, INC.,<br>YALE UNIVERSITY, NEW YORK<br>PRESBYTERIAN HOSPITAL,<br>CORNELL UNIVERSITY JOAN AND<br>SANFORD I. WEILL MEDICAL<br>COLLEGE, ET. AL.,<br><br>Defendants. | )<br>)<br>)  No. 3:02cv1205 (WWE)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  September 3, 2004<br>) |

**THE GOVERNMENT'S RESPONSE TO DEFENDANT
NEW YORK AND PRESBYTERIAN HOSPITAL'S MOTION
FOR PARTIAL UNSEALING OF THE RECORD**

This action was brought by the relator, Robert Smith, M.D., pursuant to the False Claims Act, 31 U.S.C. §§ 3729, et seq. (FCA). On or about March 12, 2004, the government declined to intervene in the action and filed its Notice of Election to Decline Intervention. (Copy attached hereto as Exhibit A). Thereafter, on or about March 29, 2004, the Court entered an Order (copy attached hereto as Exhibit B), which stated, in pertinent part, as follows:

> 1. the second amended complaint be unsealed and served upon the defendants by the relator;
> 2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the second amended complaint;
> 3. the seal be lifted as to all other matters occurring in this action after the date of this Order...

On or about July 27, 2004, relator served defendant New York and Presbyterian Hospital (NYPH) with the second amended complaint. NYPH now moves for a partial unsealing of the record so it can assess certain potential jurisdictional and other defenses.

The government opposes the unsealing of the docket and file prior to the Court's March 29, 2004 Order. However, the undersigned has discussed this matter with NYPH's attorney, Stuart M. Gerson, Esq. Attorney Gerson indicated that NYPH does not seek to unseal the entire docket and file, but only the pleadings, i.e. the original complaint and the first amended complaint. The government does not have an objection to NYPH and the other defendants being served with the original complaint and the first amended complaint, as long as the remainder of the docket and file, prior to the Court's March 29, 2004 Order, remains under seal. The undersigned has conferred with counsel for the relator, who has no objection to defendants receiving the original complaint and the first amended complaint.

Accordingly, the government respectfully requests that NYPH's motion to partially unseal the docket and file in this matter be denied, except to the extent that NYPH and the other defendants may be served with the original complaint and first amended complaint in this matter. A proposed order accompanies the government's response.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

By: _____
RICHARD M. MOLOT
ASSISTANT U.S. ATTORNEY
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3792

CERTIFICATION OF SERVICE

This is to certify that a true and correct copy of The Government's Response to Defendant New York Presbyterian Hospital's Motion for Partial Unsealing of the Record was served by first-class mail, this 3rd day of September, 2004, on:

>Mary Alice Leonhardt, Esq.
>102 Oak Street
>Hartford, CT 06106
>
>Peter B. Prestley, Esq.
>Madsen, Prestley & Parenteau, LLC
>44 Capitol Avenue, Suite 201
>Hartford, CT 06106
>
>Mary Louise Cohen, Esq.
>Phillips & Cohen, LLC
>2000 Massachusetts Ave., N.W.
>Washington, D.C. 20036
>
>David Poppick, Esq.
>Jonathan M. Plissner, Esq.
>Epstein Becker & Green P.C.
>One Landmark Square, Suite 1800
>Stamford, CT 06901
>
>Stuart M. Gerson, Esq.
>Epstein Becker & Green P.C.
>1227 25TH Street, N.W.
>Suite 700
>Washington, D.C. 20037

/s/ Richard M. Molot

RICHARD M. MOLOT
ASSISTANT U.S. ATTORNEY

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA <br> ex rel. ROBERT C. SMITH, M.D., <br><br> Plaintiff, <br><br> v. <br><br> YALE-NEW HAVEN HOSPITAL, INC., <br> YALE UNIVERSITY, NEW YORK <br> PRESBYTERIAN HOSPITAL, <br> CORNELL UNIVERSITY JOAN AND <br> SANFORD I. WEILL MEDICAL <br> COLLEGE, ET. AL., <br><br> Defendants. | No. 3:02cv1205 (WWE) <br><br><br><br><br><br><br><br><br><br> March 12, 2004 <br><br> **[FILED UNDER SEAL]** |

## THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id.

Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests

that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

Finally, the United States requests that only the second amended complaint, this notice, and the Court's Order be unsealed and served upon the defendants.[1] All other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period or for any other reason, and any and all other documents and memoranda filed by the United States) should remain under seal and not be made public or served upon the defendants.

A proposed order accompanies this notice.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

By: _____
RICHARD M. MOLOT
ASSISTANT U.S. ATTORNEY
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3792

---

[1] On or about March 11, 2004, relator filed a second amended complaint in this action.

## CERTIFICATION OF SERVICE

This is to certify that a true and correct copy of The Government's Notice of Election to Decline Intervention and proposed Order was served by first-class mail, this 12th day of March, 2004, on:

>Mary Alice Leonhardt, Esq.
>102 Oak Street
>Hartford, CT 06106
>
>Peter B. Prestley, Esq.
>Madsen, Prestley & Parenteau, LLC
>44 Capitol Avenue, Suite 201
>Hartford, CT 06106
>
>Mary Louise Cohen, Esq.
>Phillips & Cohen, LLC
>2000 Massachusetts Ave., N.W.
>Washington, D.C. 20036

Pursuant to 31 U.S.C. § 3730(b)(2), no service was made upon the defendants since this case is still under seal.

_____
RICHARD M. MOLOT
ASSISTANT U.S. ATTORNEY

-3-

**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 MAR 29 P 2:20

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES OF AMERICA )
ex rel. ROBERT C. SMITH, M.D., )
 ) No. 3:02cv1205 (WWE)
 )
Plaintiff, )
 )
v. )
 )
YALE-NEW HAVEN HOSPITAL, INC., )
YALE UNIVERSITY, NEW YORK )
PRESBYTERIAN HOSPITAL, )
CORNELL UNIVERSITY JOAN AND )
SANFORD I. WEILL MEDICAL )
COLLEGE, ET. AL., )
 )
 )
Defendants. )   **[FILED UNDER SEAL]**

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the second amended complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the second amended complaint;

-4-

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. all orders of this Court shall be sent to the United States; and that

6. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This 29th day of March, 2004.

_____
Honorable Warren W. Eginton
Senior United States District Judge