UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

CASE NUMBER: 3:02CV1205 (WWE)

2004 SEP -8 P 12:24

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

USA Robert Smith, MD

Date: Aug. 23, 2004

Connecticut Federal Bar Number: ct 03865

Telephone Number: 202-861-4180

Fax Number: 202-296-2882

E-mail address: sgerson@ebglaw.com

Signature: [signed]

Print Clearly or Type Name: Stuart M. Gerson

Address: Epstein Becker & Green, P.C.
1227 25th Street, Suite 700
Washington, DC 20037

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Attachment A

Signature: [signed]

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
1227 25TH STREET, NW, SUITE 700
WASHINGTON, DC 20037-1175
202.861.0900
FAX: 202.296.2882
EBGLAW.COM

## Attachment A

## Case Number: 3: 02CV1205

August 23, 2004

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Appearance was mailed on this date to the following:

Kevin F. Rowe, Clerk
c/o Mary A. Wiggins, Deputy Clerk
United States District Court
District of Connecticut
Office of the Clerk
United States Courhouse
915 Lafayette Blvd.
Bridgeport, CT 06604

Law Offices of:

Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106

Madsen, Prestley & Parenteau, LLC
44 Capital Avenue
Suite 201
Hartford, CT 06106

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the United States Attorney
157 Church Street
23rd Floor
New Haven, CT 06510

ATLANTA • BOSTON • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, DC

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY.