52

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel and ROBERT C. SMITH, M.D.  ) ) ) PLAINTIFFS ) ) VS.  ) ) YALE-NEW HAVEN HOSPITAL, INC, ) YALE UNIVERSITY, NEW YORK PRESBYTERIAN ) HOSPITAL AND CORNELL UNIVERSITY JOAN AND ) SANFORD I. WEILL MEDICAL COLLEGE,  ) DEFENDANTS | Civil Action No.3:02cv01205 (WWE)  False Claims Act Action Pursuant to 31 U.S.C. § 3729, et seq.  SEPTEMBER 10, 2004 |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, Craig T. Dickinson, is appearing as counsel of record in the above-captioned action on behalf of the Plaintiff Robert C. Smith. This appearance is in addition to all appearances currently on file.

Respectfully submitted,

By: _____
Craig T. Dickinson
Fed. Bar No.: (CT18053)
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
(860) 246-2466 – Telephone
(860) 246-1794 – Facsimile
Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 10th day of September 2004, a copy of the foregoing was sent via mail delivery to the following counsel of record:

Mary Alice Leonhardt
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106

Willam J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana LLP
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford, CT 06437

Stuart M. Gerson
Epstein Becker & Green, P.C.
1227 25th Street, NW
Suite 700
Washington, DC 20037-1175

David S. Poppick
Epstein Becker & Green, P.C.
One Landmark Square
Suite 1800
Stamford, CT 06901

Alexander J. Lawrence
Carl H. Loewenson
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York NY 10104-0050

James R. Kahn
Associate University Counsel
Cornell University
445 East 69th Street
New York, NY 10021

Richard M. Molot
Assistant United States Attorney
P. O. Box 1834
New Haven, CT 06508

Craig T. Dickinson