54

FILED

2004 SEP 20 P 1:42

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel<br>and ROBERT C. SMITH, M.D.<br><br>           Plaintiffs,<br>v.<br><br>YALE UNIVERSITY and<br>YALE NEW HAVEN HOSPITAL<br><br>           Defendants. | CIVIL ACTION NO.<br>3:02CV01205 (WWE)<br><br><br>September 14, 2004 |

## NOTICE OF APPEARANCE

Please enter the appearance of Patrick M. Noonan, as attorney for the Defendant, Yale New Haven Hospital, in the above-entitled matter.

        THE DEFENDANT
        YALE NEW HAVEN HOSPITAL

        BY: _____
        Patrick M. Noonan (#CT00189)
        Donahue, Durham & Noonan, P.C.
        741 Boston Post Road
        Guilford, CT 06437
        (203) 458-9168
        (203) 458-4424 - Fax

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Peter B. Prestley, Esquire
Madsen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Mary Alice Leonhardt, Esq.
102 Oak Street
Hartford, CT 06106

William J. Doyle, Esquire
Kenneth D. Health, Esquire
Wiggin & Dana
One Century Tower
P.O. Box 1832
New Haven, T 06508-1832

Carl H. Loewenson, Jr.
Joseph Alexander Lawrence
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104-0050

Richard Molot, Esq.
United States Attorney
157 Church Street
New Haven, CT 06510

Stuart M. Gerson
Epstein Becker & Green, P.C.
1227 24th Street, NW
Washington, CT 20037-1175

David S. Poppick
Epstein Becker & Green, P.C.
One Lnadmark Square, Suite 1800
Stamford, CT 06901

James R. Kahn
Assistant University Counsel
Cornell University
445 East 69th Street
New York, NY 10021

_____
Patrick M. Noonan

2