UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------X
UNITED STATES OF AMERICA, ex rel
and ROBERT C. SMITH, M.D.,

         Plaintiffs,

VS.

YALE-NEW HAVEN HOSPITAL, INC., et al.

         Defendants
-----------------------------------------------------------X

Civil Action No.: Civil Action No. 3:02cv01205(WWE)

AMENDED NOTICE OF APPEARANCE

Filed Under Seal

PLEASE TAKE NOTICE, that Stuart M. Gerson, Esq. of Epstein Becker & Green, P.C., hereby appears as an attorney of record for the Defendant, New York and Presbyterian Hospital. Copies of all papers and communications in this matter should be directed to him at Epstein Becker & Green, P.C., 1227 25th Street, NW, Suite 700, Washington, DC 20037-1175. This notice amends the notice of appearance for Stuart M. Gerson, Esq. dated August 23, 2004, which mistakenly noted Mr. Gerson's appearance for "USA Robert Smith, MD." This appearance for Mr. Gerson for Defendant, New York and Presbyterian Hospital is in addition to all appearances currently on file for Defendant, New York and Presbyterian Hospital.

         EPSTEIN BECKER & GREEN, P.C.
         Attorneys for Defendant,
         New York and Presbyterian Hospital

         By _____
         Stuart M. Gerson (#ct03865)
         1227 25th St., NW Suite 700
         Washington, DC 20037-1175
         (202) 861-4180
         fax – (202-296-2882)
         email – sgerson@ebglaw.com

ST:29711v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent, via regular mail, this 21 day of September, 2004 to:

Law Offices of
Mary Alice Leonhardt, LLC
102 Oak St
Hartford, CT, 06106
Tel:   (860) 727-8874
Fax:   (860) 525-2194

Craig T. Dickinson
Madsen, Prestley & Parenteau, LLC
44 Capitol Ave, Suite 201
Hartford, CT 06106

Honorable John Ashcroft
United States Department of Justice
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-001
(3 Copies)

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510
(3 Copies)

William J. Doyle, Esq.
Kenneth D. Health, Esq.
Wiggin & Dana LLP
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford, CT 06437

Alexander J. Lawrence
Carl H. Loewenson
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104-0050

James R. Kahn
Associate University Counsel
Cornell University
445 East 69th Street
New York, NY 10021

Jonathan M. Plussner