57

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. ROBERT C. SMITH, M.D., | )<br>)<br>) No. 3:02cv1205 (WWE) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| YALE-NEW HAVEN HOSPITAL, INC.,<br>YALE UNIVERSITY, NEW YORK<br>PRESBYTERIAN HOSPITAL,<br>CORNELL UNIVERSITY JOAN AND<br>SANFORD I. WEILL MEDICAL<br>COLLEGE, ET. AL., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

The Court having reviewed Defendant New York and Presbyterian Hospital's (NYPH) [Doc. # 47] Motion for Partial Unsealing of the Record, and the government's response to the motion, and there being no objection by the relator to the production of the original complaint and first amended complaint in this matter,

IT IS ORDERED that,

1. NYPH's motion to partially unseal the docket and file in this matter is denied, except to the extent that NYPH and the other defendants shall receive copies of the original complaint and first amended complaint in this matter;

2. Within ten (10) days of the date of this Order, the relator shall serve copies of the original complaint and the first amended complaint on all defendants;

3. All other contents of the Court's file and the docket in this action, prior to the Court's March 29, 2004 Order, shall remain under seal and not be made public or served upon the defendants;

4. As set forth in the March 29, 2004 Order, the seal shall be lifted as to all other matters occurring in this action on or after March 29, 2004.

IT IS SO ORDERED,

This 29th day of September, 2004.

---

Honorable Warren W. Eginton
Senior United States District Judge