

58

59

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 OCT 18  A 11: 48

U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel and ROBERT C. SMITH, M.D. | : |
| | : |
| Plaintiffs, | : |
| v. | : |
| | : |
| YALE UNIVERSITY and YALE NEW HAVEN HOSPITAL | : |
| | : |
| Defendants. | : |

CIVIL ACTION NO.
3:02CV01205 (WWE)

October 13, 2004

## MOTION FOR EXTENSION OF TIME

The defendant, Yale New Haven Hospital, hereby moves, pursuant to Local Civil Rule 7(b) for a 30-day extension of time, up to and including November 16, 2004, to file a response to plaintiff's complaint. This extension is necessary because defense needs additional time to investigate the factual and legal issues raised by the complaint. Defense counsel has left messages with plaintiff's counsel inquiring as to whether plaintiff objects to this Motion. To date, defense counsel has not received a response from plaintiff's counsel. This is the third such request for an extension of time.

THE DEFENDANT
YALE NEW HAVEN HOSPITAL

BY: _____
Patrick M. Noonan (#CT00189)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168
(203) 458-4424 – Fax

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK  •  741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge

10/20/04

2004 OCT 21  A 9: 32

U.S. DISTRICT COURT

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

William J. Doyle
Kenneth D. Heath
One Century Tower
265 Church Street
New Haven, CT 06508-1832

Carl H. Loewenson, Jr.
Stanley R. Soya
J. Alexander Lawrence
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0185

Mary Alice Leonhardt
Offices Of Mary Alice Leonhardt
102 Oak Street
Hartford, CT 06106

Peter B. Prestley
Craig T. Dickinson
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford, CT 06106

Jacques J. Parenteau
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320

and, pursuant to Rule 5(c) of the Local Rules of Civil Procedure, three copies by United States Postal Service, First Class Mail to:

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510.

Patrick M. Noonan

2