UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT 25 P 12: 54

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel and ROBERT C. SMITH, M.D. : | |
| : | CIVIL ACTION NO. |
| Plaintiffs, : | 3:02CV01205 (WWE) |
| v. : | |
| : | |
| YALE NEW HAVEN HOSPITAL, YALE UNIVERSITY, ET AL : | |
| : | |
| Defendants. : | OCTOBER 21, 2004 |

## MOTION TO CONSOLIDATE

For the reasons stated in the accompanying memorandum, defendant Yale New Haven Hospital hereby moves, pursuant to Fed. R. Civ. P. 42(a) and Local Civil Rule 40(b)1, to consolidate the present action with <u>United States of America, ex rel and Robert C. Smith, M.D. v. Yale University and Yale New Haven Hospital</u>, 3:00CV01359 (PCD).

THE DEFENDANT
YALE NEW HAVEN HOSPITAL

BY: _____
Patrick M. Noonan (#CT00189)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168
(203) 458-4424 – Fax

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

# CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

William J. Doyle
Kenneth D. Heath
One Century Tower
265 Church Street
New Haven, CT 06508-1832

Carl H. Loewenson, Jr.
Stanley R. Soya
J. Alexander Lawrence
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0185

Mary Alice Leonhardt
Offices Of Mary Alice Leonhardt
102 Oak Street
Hartford, CT 06106

Peter B. Prestley
Craig T. Dickinson
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford, CT 06106

Stuart M. Gerson
Epstein Becker & Green
1227 25th Street, NW
Washington, DC 20037-1175

Jacques J. Parenteau
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320

and, pursuant to Rule 5(c) of the Local Rules of Civil Procedure, three copies by United States Postal Service, First Class Mail to:

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510.

_____
Patrick M. Noonan

2