UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT 25 P 12: 54

U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel<br>ROBERT C. SMITH, M.D.<br><br>        Plaintiffs,<br>v.<br><br>YALE NEW HAVEN HOSPITAL,<br>YALE UNIVERSITY, ET AL<br><br>        Defendants. | :<br>:<br>:<br>:  CIVIL ACTION NO.<br>:  3:02-CV-01205 (WWE)<br>:<br>:<br>:<br>:<br>:<br>:  OCTOBER 21, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE RULE 26(f) REPORT

Defendant Yale New Haven Hospital hereby moves for an extension of time up to and including thirty (30) days following the Court's ruling on the defendant's pending Motion to Consolidate, within which to file a Rule 26(f) report. The reason for this request is that this defendant has moved to consolidate this action with United States of American, ex rel Robert C. Smith, M.D. v. Yale University and Yale New Haven Hospital, 3:00-CV-01359 (PCD)(hereafter "Qui Tam One"). Qui Tam One is an action which was previously filed and assigned to Judge Dorsey. It involves the same legal issues and some of the same parties as the present action. It is for that reason that Yale New Haven Hospital has filed a Motion to Consolidate. There is pending before Judge Dorsey a motion to dismiss Qui Tam One, and discovery has been stayed until that motion has been decided. It is submitted that it would be a waste of time for the parties to agree upon a discovery schedule in this action at the present time, given the fact that the two cases may be consolidated, and in light of the fact that discovery in Qui Tam One has been stayed. Both Attorney Gerson and Attorney Parenteau,

other counsel who have appeared in this matter, have stated that they have no objection to the granting of this motion for extension of time.

                              THE DEFENDANT
                              YALE NEW HAVEN HOSPITAL


                              BY: /s/ Patrick M. Noonan
                              Patrick M. Noonan (#CT00189)
                              Donahue, Durham & Noonan, P.C.
                              741 Boston Post Road
                              Guilford, CT 06437
                              (203) 458-9168
                              (203) 458-4424 – Fax

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

William J. Doyle
Kenneth D. Heath
One Century Tower
265 Church Street
New Haven, CT 06508-1832

Carl H. Loewenson, Jr.
Stanley R. Soya
J. Alexander Lawrence
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0185

Mary Alice Leonhardt
Offices Of Mary Alice Leonhardt
102 Oak Street
Hartford, CT 06106

Peter B. Prestley
Craig T. Dickinson
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford, CT 06106

Stuart M. Gerson
Epstein Becker & Green
1227 25th Street, NW
Washington, DC 20037-1175

Jacques J. Parenteau
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320

and, pursuant to Rule 5(c) of the Local Rules of Civil Procedure, three copies by United States Postal Service, First Class Mail to:

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510.

_____
Patrick M. Noonan

3