UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| UNITED STATES and ROBERT SMITH, | : | |
| Plaintiff, | : | 3:02cv1205(WWE) |
| | : | |
| v. | : | |
| | : | |
| YALE NEW HAVEN HOSPITAL, | : | |
| Defendant. | : | |

2004 NOV -5  A 10: 44

ORDER OF TRANSFER

The above captioned case is hereby transferred to the Honorable Peter Dorsey. All further pleadings or documents in this matter should be filed with the Clerk's Office in New Haven and bear the docket number 3:02cv1205(PCD). Pleadings or documents related to the aforementioned proceedings and filed in any other seat of court will be refused at the Clerk's Office and returned unfiled.

SO ORDERED this 3d day of November, 2004 at Bridgeport, Connecticut.

_____
Warren W. Eginton, Senior United States District Judge