UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel and ROBERT C. SMITH, M.D.,<br><br>PLAINTIFFS,<br>VS.<br><br>YALE-NEW HAVEN HOSPITAL, INC., et al.<br>DEFENDANTS. | Civil Action No. 3:02cv01205(PCD)<br><br>STIPULATION OF RELATOR AND DEFENDANT NEW YORK-PRESBYTERIAN HOSPITAL EXTENDING TO MOVE OR ANSWER<br><br>(FILED UNDER SEAL)<br><br>October , 2004 |

**STIPULATION OF RELATOR AND DEFENDANT NEW YORK-PRESBYTERIAN HOSPITAL EXTENDING TO MOVE OR ANSWER**

Robert C. Smith, M.D., the Relator herein, and New York-Presbyterian Hospital ("NYPH"), one of the defendants herein, agree and stipulate as follows:

WHEREAS, Relator has pending as the operative charging document in this case a "Second Amended Complaint," which has been served on NYPH, but which, by informal agreement of the parties has not been responded to; and

WHEREAS, Relator had sought leave to file a "Third Amended Complaint" which he later withdrew, but informed NYPH and others that he intended to file a revised version of a "Third Amended Complaint" as soon as his counsel were able to do so; and

WHEREAS, Relator and NYPH agree that it would be counter-productive for NYPH to address a pleading that will be definitively superseded, it is, therefore,

STIPULATED AND AGREED that NYPH's time to respond to the pending "Second Amended Complaint" is continued *sine die*, but that NYPH will move or answer within 20 days of the Court's order disposing of Relator's filing of his proposed new "Third Amended Complaint."

Dated: October   , 2004

| | |
|---|---|
| EPSTEIN BECKER & GREEN, P.C. | Madsen, Prestley & Parenteau, LLC |
| Attorneys for Defendant<br>New York and Presbyterian Hospital | Attorneys for Relator<br>Robert C. Smith, M.D. |
| By: /s/ David S. Poppick | By: /s/ Jacques J. Parenteau |
| David S. Poppick,<br>Federal Bar No. ct13202 | Jacques J. Parenteau<br>Federal Bar No. ct |
| | 111 Huntington Street<br>P.O. Box 1631<br>New London, CT 06320<br>860-442-2466 |
| Jonathan M. Plissner,<br>Federal Bar No. ct23773 | |
| One Landmark Square, Suite 1800<br>Stamford, CT 06901-2601<br>(203) 348-373 | |
| and /s/ Stuart M. Gerson | |
| Stuart M. Gerson,<br>Admitted *pro hac vice*<br>Federal Bar No. ct03865<br>1227 25th Street, NW Suite 700<br>Washington, D.C. 20037-1175<br>(202) 861-0900 | |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel and ROBERT C. SMITH, M.D.,<br><br>            PLAINTIFFS,<br>VS.<br><br>YALE-NEW HAVEN HOSPITAL, INC., et al.<br>            DEFENDANTS. | Civil Action No. 3:02cv01205(PCD)<br><br>STIPULATION OF RELATOR AND DEFENDANT NEW YORK-PRESBYTERIAN HOSPITAL EXTENDING TO MOVE OR ANSWER<br><br>(FILED UNDER SEAL)<br><br>October , 2004 |

**STIPULATION OF RELATOR AND DEFENDANT NEW YORK-PRESBYTERIAN HOSPITAL EXTENDING TO MOVE OR ANSWER**

Robert C. Smith, M.D., the Relator herein, and New York-Presbyterian Hospital ("NYPH"), one of the defendants herein, agree and stipulate as follows:

WHEREAS, Relator has pending as the operative charging document in this case a "Second Amended Complaint," which has been served on NYPH, but which, by informal agreement of the parties has not been responded to; and

WHEREAS, Relator had sought leave to file a "Third Amended Complaint" which he later withdrew, but informed NYPH and others that he intended to file a revised version of a "Third Amended Complaint" as soon as his counsel were able to do so; and

WHEREAS, Relator and NYPH agree that it would be counter-productive for NYPH to address a pleading that will be definitively superseded, it is, therefore,

STIPULATED AND AGREED that NYPH's time to respond to the pending "Second Amended Complaint" is continued *sine die*, but that NYPH will move or answer within 20 days of the Court's order disposing of Relator's filing of his proposed new "Third Amended Complaint."

Dated: October   , 2004

| EPSTEIN BECKER & GREEN, P.C. | Madsen, Prestley & Parenteau, LLC |
|---|---|
| Attorneys for Defendant<br>New York and Presbyterian Hospital | Attorneys for Relator<br>Robert C. Smith, M.D. |
| By: /s/ David S. Poppick | By: /s/ Jacques J. Parenteau |
| David S. Poppick,<br>Federal Bar No. ct13202 | Jacques J. Parenteau<br>Federal Bar No. ct |
| Jonathan M. Plissner,<br>Federal Bar No. ct23773 | 111 Huntington Street<br>P.O. Box 1631<br>New London, CT 06320<br>860-442-2466 |
| One Landmark Square, Suite 1800<br>Stamford, CT 06901-2601<br>(203) 348-373 | |
| and /s/ Stuart M. Gerson | |
| Stuart M. Gerson,<br>Admitted *pro hac vice*<br>Federal Bar No. ct03865<br>1227 25th Street, NW Suite 700<br>Washington, D.C. 20037-1175<br>(202) 861-0900 | |