UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel | : | |
| ROBERT C. SMITH, M.D. | : | |
| | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:02-CV-01205 (PCD) |
| v. | : | |
| | : | |
| YALE NEW HAVEN HOSPITAL, | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| Defendants. | : | NOVEMBER 17, 2004 |

## CERTIFICATION OF FILING MOTION TO DISMISS

Pursuant to Judge Dorsey's Supplemental Order regarding motion filing, the undersigned defendant hereby certifies that it served on all counsel of record a Motion to Dismiss on November 16, 2004.

                                      THE DEFENDANT
                                      YALE NEW HAVEN HOSPITAL

                           BY:_____
                                  Patrick M. Noonan  (#CT00189)
                                  Donahue, Durham & Noonan, P.C.
                                  741 Boston Post Road
                                  Guilford, CT 06437
                                  (203) 458-9168

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

| | |
|---|---|
| William J. Doyle, Esq.<br>Kenneth D. Heath, Esq.<br>One Century Tower<br>265 Church Street<br>New Haven, CT  06508-1832 | Carl H. Loewenson, Jr., Esq.<br>Stanley R. Soya, Esq.<br>J. Alexander Lawrence, Esq.<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104-0185 |
| Mary Alice Leonhardt, Esq.<br>Offices Of Mary Alice Leonhardt<br>102 Oak Street<br>Hartford, CT 06106 | Peter B. Prestley, Esq.<br>Craig T. Dickinson, Esq.<br>Madsen, Prestley & Parenteau, LLC<br>44 Capitol Avenue<br>Suite 201<br>Hartford, CT 06106 |
| Stuart M. Gerson, Esq.<br>Epstein Becker & Green<br>1227 25th Street, NW<br>Washington, DC 20037-1175 | Jacques J. Parenteau, Esq.<br>Madsen, Prestley & Parenteau, LLC<br>111 Huntington Street<br>P.O. Box 1631<br>New London, CT 06320 |
| Daniel L. FitzMaurice, Esquire<br>Day, Berry & Howard<br>CityPlace I<br>Hartford, CT 06103-3499 | |

and, pursuant to Rule 5(c) of the Local Rules of Civil Procedure, three copies by United States Postal Service, First Class Mail to:

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Patrick M. Noonan

2