**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA, <u>ex</u> <u>rel</u>
and ROBERT C. SMITH, M.D.

-vs-                                             Civil No. 3:02 cv 1205 (PCD)

YALE-NEW HAVEN HOSPITAL, INC., ET AL

<u>ORDER</u>

Plaintiff shall serve his motion for permission to file an amended complaint with same attached, compliant with the Supplemental Order on or before November 29, 2004, promptly filing the motion with opposition or a stipulation by December 23, 2004, to which New York-Presbyterian Hospital shall answer 1/17/05.

SO ORDERED.

Dated at New Haven, Connecticut, November 17, 2004.

/s/_____
Peter C. Dorsey, Senior
United States District Judge