UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 DEC 17 P 1: 22

U.S. DISTRICT COURT
NEW HAVEN CT

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel<br>and ROBERT C. SMITH, M.D.<br><br>PLAINTIFFS<br><br>VS.<br><br>YALE-NEW HAVEN HOSPITAL, INC,<br>YALE UNIVERSITY, NEW YORK PRESBYTERIAN<br>HOSPITAL AND CORNELL UNIVERSITY JOAN AND<br>SANFORD I. WEILL MEDICAL COLLEGE,<br>DEFENDANTS | Civil Action<br>No. 3:02cv01205 (PCD)<br><br>False Claims Act Action<br>Pursuant to<br>31 U.S.C. § 3729, *et seq.*<br><br>DECEMBER 16, 2004 |

### NOTICE OF APPEARANCE

Please take notice that the undersigned, Jacques J. Parenteau, is appearing as counsel of record in the above-captioned action on behalf of the Plaintiff Robert C. Smith. This appearance is in addition to all appearances currently on file.

Respectfully submitted,

By: _____
Jacques J. Parenteau
Fed. Bar No.: (CT09771)
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320
(860) 442-2466 – Telephone
(860) 447-9206 – Facsimile
Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 16th day of December 2004, a copy of the foregoing was sent via mail delivery to the following counsel of record:

Mary Alice Leonhardt
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106

Willam J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana LLP
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford, CT 06437

Stuart M. Gerson
Epstein Becker & Green, P.C.
1227 25th Street, NW
Suite 700
Washington, DC 20037-1175

Alexander J. Lawrence
Carl H. Loewenson
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York NY 10104-0050

Richard M. Molot
Assistant United States Attorney
P. O. Box 1834
New Haven, CT 06508

David S. Poppick
Epstein Becker & Green, P.C.
One Landmark Square
Suite 1800
Stamford, CT 06901

James R. Kahn
Associate University Counsel
Cornell University
445 East 69th Street
New York, NY 10021

Jacques J. Parenteau