UNITED STATES OF AMERICA EX REL AND ROBERT C SMITH MD

, Plaintiff(s)

- against -

YALE NEW HAVEN HOSPITAL INC YALE UNIVERSITY NEW YORK PRESBYTERIAN
HOSPITAL AND AND CORNELL UNIVERSITY, ET AL

, Defendant(s)

State of New York        )
                         ) SS.:
County of Broome         )

**Corrected AFFIDAVIT OF SERVICE**

Diane Warner being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York. That on 07/27/2004 at 5:03 PM at:
    CORNELL UNIVERSITY JOAN AND SANFORD I WEILL MEDICAL COLLEGE OFFICE OF THE
    300 CCC BLDG, GARDEN AVENUE                                    President
    ITHACA NY 14853
Deponent served the:

SECOND and THIRD AMENDED COMPLAINT

on CORNELL UNIVERSITY JOAN AND SANFORD I WEILL MEDICAL COLLEGE OFFICE OF THE PRESIDENT

a domestic and/or foreign corporation
by delivering thereat a true copy to SANDY MCCABE
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
EXECUTIVE STAFF ASSISTANT and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 40   HEIGHT: 5'5''   WEIGHT: 120   HAIR: BLONDE   RACE: WHITE   SEX: FEMALE

_Diane Warner_                 License #

SWORN TO BEFORE ME  11/07/04

_Sarah Marshall_

Sarah Marshall
Notary Public  State of New York
Qualified in Broome County
No. 01MA6116624
My Commission Expires: 10-12-20__

OUR DOC# 3289
Supreme Judicial Services, Inc.
371 Merrick Rd
Ste #202
Rockville Centre NY 11570
516-825-7600



FILED 2004 NOV 10 A 10: 22 U.S. DISTRICT COURT NEW HAVEN, CT