UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel | : | |
| ROBERT C. SMITH, M.D. | : | |
| | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:02-CV-01205 (PCD) |
| v. | : | |
| | : | |
| YALE NEW HAVEN HOSPITAL, | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| Defendants. | : | NOVEMBER 16, 2004 |

## MOTION TO DISMISS

Defendant, Yale New Haven Hospital, hereby moves to dismiss plaintiff's Second Amended Complaint, dated March 10, 2004. In support of this motion, defendant hereby adopts the Briefs filed in support of the Motion to Dismiss filed by the defendants in the companion case of <u>United States of American, ex rel Robert C. Smith, M.D. v Yale University and Yale New Haven Hospital</u>, Civil Action No. 3:00-CV-1359(PCD). Defendant notes that the two actions have recently been consolidated, and the claims made against Yale New Haven Hospital in each matter are essentially the same. Accordingly, Yale New Haven Hospital moves to dismiss this action.

          THE DEFENDANT
          YALE NEW HAVEN HOSPITAL

BY:_____
      Patrick M. Noonan  (#CT00189)
      Donahue, Durham & Noonan, P.C.
      741 Boston Post Road
      Guilford, CT 06437

(203) 458-9168

Case 3:02-cv-01205-PCD   Document 73   Filed 12/09/2004   Page 2 of 4

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

| | |
|---|---|
| William J. Doyle, Esq.<br>Kenneth D. Heath, Esq.<br>One Century Tower<br>265 Church Street<br>New Haven, CT  06508-1832 | Carl H. Loewenson, Jr., Esq.<br>Stanley R. Soya, Esq.<br>J. Alexander Lawrence, Esq.<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104-0185 |
| Mary Alice Leonhardt, Esq.<br>Offices Of Mary Alice Leonhardt<br>102 Oak Street<br>Hartford, CT 06106 | Peter B. Prestley, Esq.<br>Craig T. Dickinson, Esq.<br>Madsen, Prestley & Parenteau, LLC<br>44 Capitol Avenue<br>Suite 201<br>Hartford, CT 06106 |
| Stuart M. Gerson, Esq.<br>Epstein Becker & Green<br>1227 25th Street, NW<br>Washington, DC 20037-1175 | Jacques J. Parenteau, Esq.<br>Madsen, Prestley & Parenteau, LLC<br>111 Huntington Street<br>P.O. Box 1631<br>New London, CT 06320 |
| Daniel L. FitzMaurice, Esquire<br>Day, Berry & Howard<br>CityPlace I<br>Hartford, CT 06103-3499 | |

and, pursuant to Rule 5(c) of the Local Rules of Civil Procedure, three copies by United States Postal Service, First Class Mail to:

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Patrick M. Noonan

3

Case 3:02-cv-01205-PCD     Document 73     Filed 12/09/2004     Page 4 of 4