## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel*  )  <br> **and ROBERT C. SMITH, M.D.,**  ) <br>  ) <br> **PLAINTIFFS**  ) <br>  ) <br> **VS.**  ) <br>  ) <br> **YALE-NEW HAVEN HOSPITAL, INC,**  ) <br> **YALE UNIVERSITY, NEW YORK PRESBYTERIAN** ) <br> **HOSPITAL, AND CORNELL UNIVERSITY JOAN** ) <br> **AND SANFORD I. WEILL MEDICAL COLLEGE,** ) <br> **DEFENDANTS** ) | **Civil Action** <br> **No.3:02cv01205 (PCD)** <br><br> **False Claims Act Action** <br> **Pursuant to** <br> **31 U.S.C. § 3729,** *et seq.* <br><br><br> **November 9, 2004** |

### PLAINTIFF'S MOTION FOR DEFAULT
### AGAINST DEFENDANT CORNELL UNIVERSITY
### JOAN AND SANFORD I. WEILL MEDICAL COLLEGE

Pursuant to the Rule 55 of the Federal Rules of Civil Procedure, Plaintiff respectfully moves for the entry of a Default against Defendant Cornell University Joan and Sanford I. Weill Medical College (hereinafter referred to as "Cornell").

In support of this Motion, Plaintiff states as follows:

1) Pursuant to Rules 4(a), (b) and (c)(1) of the Federal Rules of Civil Procedure, Defendant Cornell was served a Summons along with copies of the Second and Third Amended Complaint.

2) Pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, the Summons and Complaints were served on July 27, 2004, by Ronald Ostrander of the Tompkins County Sheriff's Office and Diane Warner of Supreme Judicial Services, Inc.. As reflected in their affidavits, they are both over the age of 18, they are not parties to the action and

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

PDF created with FinePrint pdfFactory trial version http://www.pdffactory.com

they reside within the State of New York. Copies of their affidavits are attached hereto as Exhibits A and B.

3) Pursuant to Rules 4(h) and 5(b)(2) of the Federal Rules of Civil Procedure, the Summons was properly served by personal delivery to Executive Staff Assistant Sandy McCabe, an individual working in the Office of the President and authorized to accept service on behalf of Defendant Cornell. See Ostrander and Warner affidavits at Exhibits A and B.

4) Pursuant to Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, Defendant Cornell was required to serve and file its Answer or other responsive papers within twenty days. Defendant Cornell has failed to file any appearance, answer or other responsive papers since being served with the Summons and Complaint on July 27, 2004.

WHEREFORE, Plaintiff respectfully moves for entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

By:_____
    Craig T. Dickinson
    Fed. Bar No.: (CT18053)
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
(860) 246-2466 – Telephone
(860) 246-1794 – Facsimile
Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 9th day of November 2004, a copy of the foregoing was sent via mail delivery to the following counsel of record:

| | |
|---|---|
| Mary Alice Leonhardt<br>Law Offices of Mary Alice Leonhardt, LLC<br>102 Oak Street<br>Hartford, CT 06106 | Richard M. Molot<br>Assistant United States Attorney<br>P. O. Box 1834<br>New Haven, CT 06508 |
| Willam J. Doyle, Esq.<br>Kenneth D. Heath, Esq.<br>Wiggin & Dana LLP<br>One Century Tower<br>265 Church Street, Box 1832<br>New Haven, CT 06508 | Patrick M. Noonan, Esq.<br>Delaney, Zemetis, Donahue, & Noonan, P.C.<br>741 Boston Post Road<br>Concept Park<br>Guilford, CT 06437 |
| Stuart M. Gerson<br>Epstein Becker & Green, P.C.<br>1227 25th Street, NW - Suite 700<br>Washington, DC 20037-1175 | David S. Poppick<br>Epstein Becker & Green, P.C.<br>One Landmark Square - Suite 1800<br>Stamford, CT 06901 |
| Alexander J. Lawrence<br>Carl H. Loewenson<br>Morrison & Foerster, LLP<br>1290 Avenue of the Americas<br>New York NY 10104-0050 | James R. Kahn<br>Associate University Counsel<br>Cornell University<br>445 East 69th Street<br>New York, NY  10021 |

_____
Craig T. Dickinson