Ex A

Case 3:02-cv-01205-PCD    Document 76-2    Filed 11/10/2004    Page 1 of 4

AFFIDAVIT OF SERVICE

Tompkins County Sheriff's Office
Civil Division
779 Warren Road
IthacaNY 14850
(607) 257-1345

STATE OF NEW YORK
District Court

Docket#:                              Account#: 04-0001029

Dr. Robert C. Smith , United States Of America
,Plaintiff,

-against-

Cornell University
,Defendant,

RONALD OSTRANDER , being duly sworn, deposes and says: that deponent is not a party to this proceeding, is over 18 years of age and resides in the State of NY.

RONALD OSTRANDER states that on Tuesday, July 27, 2004 at 03:30 PM at:
3000 CCC Building Garden Ave.
Ithaca, NY 14850      -
service of the Summons was made upon:

Cornell University

the Defendant named herein in the following manner:
Corporate/Business Service
By delivering to and leaving with Susan McCabe ,Executive Staff Assistant, the Summons for the defendant personally a true copy thereof.

The person served is described as:
Race - White
Sex - Female
Hair Color - Blonde
Height - 5' 0"
Weight - 105 lbs
Age - 46

_Ronald E. Ostrander_                      10/22/04
                                            Dated

Sworn and Subscribed to Before Me
this 22nd day of October, 2004

_Robin L. Korherr_
Notary

ROBIN L. KORHERR
Notary Public, State of New York
No. 01KO6005438
Qualified in Tompkins County 2006
Commission Expires April 13, _____

Ex B

UNITED STATES OF AMERICA EX REL AND ROBERT C SMITH MD

, Plaintiff(s)

- against -

YALE NEW HAVEN HOSPITAL INC YALE UNIVERSITY NEW YORK PRESBYTERIAN HOSPITAL AND AND CORNELL UNIVERSITY, ET AL

, Defendant(s)

State of New York   )
                    ) SS.:
County of Broome    )

Corrected AFFIDAVIT OF SERVICE

Diane Warner being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York. That on 07/27/2004 at 5:03 PM at:
   CORNELL UNIVERSITY JOAN AND SANFORD I WEILL MEDICAL COLLEGE OFFICE OF THE President
   300 CCC BLDG, GARDEN AVENUE
   ITHACA NY 14853
Deponent served the:

SECOND and THIRD AMENDED COMPLAINT

on CORNELL UNIVERSITY JOAN AND SANFORD I WEILL MEDICAL COLLEGE OFFICE OF THE PRESIDENT

a domestic and/or foreign corporation
by delivering thereat a true copy to SANDY MCCABE
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
EXECUTIVE STAFF ASSISTANT and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 40   HEIGHT: 5'5''   WEIGHT: 120   HAIR: BLONDE   RACE: WHITE   SEX: FEMALE

_____
Diane Warner         License #

SWORN TO BEFORE ME  11/02/07

Sarah Marshall

Sarah Marshall
Notary Public   State of New York
Qualified in Broome County
No. 01MA6116824
My Commission Expires: 10-12-20

OUR DOC# 3289
Supreme Judicial Services, Inc.
371 Merrick Rd
Ste #202
Rockville Centre NY 11570
516-825-7600