UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* ) <br> and ROBERT C. SMITH, M.D.              ) <br>                                      ) <br> **PLAINTIFFS**                       ) <br>                                      ) <br> VS.                                  ) <br>                                      ) <br> YALE-NEW HAVEN HOSPITAL, INC,        ) <br> YALE UNIVERSITY, NEW YORK PRESBYTERIAN ) <br> HOSPITAL AND CORNELL UNIVERSITY JOAN ) <br> AND SANFORD I. WEILL MEDICAL COLLEGE, ) <br>                      **DEFENDANTS** ) | Civil Action <br> No.3:02cv01205 (PCD) <br> <br> <br> <br> False Claims Act Action <br> Pursuant to <br> 31 U.S.C. § 3729, *et seq*. <br> <br> <br> NOVEMBER 24, 2004 |

**PLAINTIFFS' MOTION FOR PERMISSION TO
FILE THIRD AMENDED COMPLAINT**

Pursuant to the Rules 15 and 21 of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules for this Court, Plaintiff respectfully moves for permission to file his Third Amended Complaint, which is attached hereto as Exhibit 1. The changes effectuated by the proposed Third Amended Complaint are as follows: (a) A number of Defendants misjoined in the action will be removed; and (b) the changes shall further specify and clarify the allegations previously set forth.

In support of this Motion, Plaintiff states as follows:

1. The original complaint in this action was filed, under seal, on June 24, 2002;

2. Pursuant to Court order, the Second Amended Complaint was served on the Defendants reflected in the caption of the Third Amended Complaint on July 27, 2004.

**ORAL ARGUMENT IS NOT REQUESTED
TESTIMONY IS NOT REQUIRED**

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

3. No prejudice will be occasioned by the granting of the instant Motion, because no discovery or other litigation related activity has been conducted.

4. The granting of the instant Motion would comport with the letter and spirit of Rule 15(a) of the Federal Rules of Civil Procedure, which provides that leave to amend a pleading "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a).

5. The granting of the instant Motion would comport with the letter and spirit of Rule 21 of the Federal Rules of Civil Procedure, which states in pertinent part that: "Parties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just."

WHEREFORE, Plaintiff respectfully moves for permission to file the attached Third Amended Complaint.

                    PLAINTIFF
                    ROBERT C. SMITH, M.D.,

By: _____
Craig T. Dickinson (ct18053)
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06320
Tel: (860) 246-2466
Fax: (860) 246-1794

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

## CERTIFICATION

I hereby certify that a copy of the foregoing were sent on this 24th day of November 2004 via regular U.S. Mail, postage prepaid to:

Mary Alice Leonhardt, Esq.
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106

Willam J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana LLP
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508

David S. Poppick, Esq.
Epstein Becker & Green, P.C.
One Landmark Square
Suite 1800
Stamford, CT  06901

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford, CT 06437

James R. Kahn, Esq.
Associate University Counsel
Cornell University
445 East 69th Street
New York, NY  10021

Stuart M. Gerson, Esq.
Epstein Becker & Green, P.C.
1227 25th Street, NW
Suite 700
Washington, DC 20037-1175

Alexander J. Lawrence, Esq.
Carl H. Loewenson
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York NY  10104-0050

and that three (3) copies have been mailed in accordance with Rule 5 of the Federal Rules of

Civil Procedure and Rules 7(d) and 7(e) of the Local Rules of Civil Procedure to:

Richard M. Molot, Esq.
Assistant United States Attorney
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

_____
Craig T. Dickinson

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com