UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* and ROBERT C. SMITH, M.D., <br><br> PLAINTIFFS, <br><br> - against - <br><br> YALE-NEW HAVEN HOSPITAL, INC.,, YALE UNIVERSITY, NEW YORK PRESBYTERIAN HOSPITAL AND CORNELL UNIVERSITY, JOAN AND SANFORD I. WEILL MEDICAL COLLEGE, <br><br> DEFENDANTS. | Civil Action No. 3:02cv01205 (PCD) <br><br> False Claims Action Pursuant to 31 U.S.C. § 3729, *et seq.* |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.1(d), the undersigned hereby moves the Court to admit Christopher J. Porzio pro hac vice for the purpose of representing defendant Cornell University Joan and Sanford I. Weill Medical College ("Cornell") in addition to counsel of record in the instant lawsuit. In support of this Motion, the undersigned represents that:

1. The undersigned, Stacie Boeniger Collier, is an attorney with the firm of Nixon Peabody LLP, City Place, 185 Asylum Street, Hartford, Connecticut, 06105. Stacie Boeniger Collier has been a member in good standing of the Bars of the United States District Court for the District of Connecticut and of the State of Connecticut since 1998 and 1997, respectively.

2. Christopher J. Porzio is an attorney with the firm of Nixon Peabody LLP, located at 990 Stewart Avenue, Garden City, New York 11530-4838, (516) 832-7500, cporzio@nixonpeabody.com, having joined the firm in 1996, and has been a member in good standing of the Bar of the State of New York.

G265699.1

3. Christopher J. Porzio is also admitted to practice in the United States District Courts for Eastern District of New York and the Southern District of New York, and has been so admitted since 1998.

4. Christopher J. Porzio has expertise in False Claims Act *qui tam* litigation. This matter involves claims of violations of the False Claims Act brought by a *qui tam* relator. Mr. Porzio's admission to the bar in connection with this action would be of significant benefit to Cornell.

5. The undersigned believes Christopher J. Porzio to be of good character and knows of no reason why this Court should not grant this Motion.

6. Christopher J. Porzio has not been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules nor has Mr. Porzio been denied admission or disciplined by any other Court.

WHEREFORE, based upon the representations stated above, and the attached affidavit the undersigned requests that Christopher J. Porzio be admitted pro hac vice before this Court as co-counsel for the Defendant.

DEFENDANT,
Cornell University Joan and Sanford I. Weill Medical College

BY: _____
Stacie Boeniger Collier (Ct 18895)
Nixon Peabody LLP
City Place
185 Asylum Street
Hartford, CT 06105
(860) 275-6820
(860) 275-6821 (fax)
sbcollier@nixonpeabody.com

## CERTIFICATION OF SERVICE

This is to certify that a true and accurate copy of the foregoing Motion for Admission Pro Hac Vice was mailed, postage prepaid, on this 6th day of January, 2005 to the following:

| | |
|---|---|
| Mary Alice Leonhardt, Esq.<br>Law Offices of Mary Alice Leonhardt, LLC<br>102 Oak Street<br>Hartford, CT  06106 | William J. Doyle, Esq.<br>Kenneth D. Heath, Esq.<br>Wiggins & Dana LLP<br>One Century Tower<br>265 Curch Street, Box 1832<br>New Haven, CT  06508 |
| Patrick M. Noonan, Esq.<br>Delaney, Zemetis, Donahue & Noonan, PC<br>741 Boston Post Road<br>Concept Park<br>Guilford, CT  06437 | Stuart M. Gerson, Esq.<br>Epstein Becker & Green, P.C.<br>1227 25th Street, NW, Suite 700<br>Washington, DC  20037-1175 |
| David S. Poppick, Esq.<br>Epstein Becker & Green, P.C.<br>One Landmark Square, Suite 1800<br>Stamford, CT  06901 | Alexander J. Lawrence, Esq.<br>Carl H. Loewenson<br>Morrison & Foerster, LLP<br>1290 Avenue of the Americas<br>New York, NY  10104-0050 |
| Craig T. Dickinson, Esq.<br>Madesen, Prestley & Parenteau<br>44 Capitol Avenue, Suite 201<br>Hartford, CT  06106 | |

_____
STACIE BOENIGER COLLIER