# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

APPEARANCE

CASE NUMBER: CA 3:02 CV 1205 (PCD)



To the Clerk of this court and all parties of record:

**Enter my appearance as counsel in this case for:**
Cornell University, Joan and Sanford I. Weill Medical College

| | |
|---|---|
| 1/31/05 | *Signature* |
| **Date** | Gary P. Schulz |
| PHV 0056 | **Print Clearly or Type Name** |
| **Connecticut Federal Bar Number** | Nixon Peabody LLP, 990 Stewart Avenue, |
| (516) 832-7500 | **Address** |
| **Telephone Number** | Garden City, New York  11530 |
| (516) 832-7555 | |
| **Fax Number** | |
| gschulz@nixonpeabody.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Attached Service List

*Signature*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## Service List

| | |
|---|---|
| Mary Alice Leonhardt, Esq.<br>Law Offices of Mary Alice Leonhardt, LLC<br>102 Oak Street<br>Hartford, CT  06106 | William J. Doyle, Esq.<br>Kenneth D. Heath, Esq.<br>Wiggins & Dana LLP<br>One Century Tower<br>265 Curch Street, Box 1832<br>New Haven, CT  06508 |
| Patrick M. Noonan, Esq.<br>Delaney, Zemetis, Donahue & Noonan, PC<br>741 Boston Post Road<br>Concept Park<br>Guilford, CT  06437 | Stuart M. Gerson, Esq.<br>Epstein Becker & Green, P.C.<br>1227 25th Street, NW, Suite 700<br>Washington, DC  20037-1175 |
| David S. Poppick, Esq.<br>Epstein Becker & Green, P.C.<br>One Landmark Square, Suite 1800<br>Stamford, CT  06901 | Alexander J. Lawrence, Esq.<br>Carl H. Loewenson<br>Morrison & Foerster, LLP<br>1290 Avenue of the Americas<br>New York, NY  10104-0050 |
| Craig T. Dickinson, Esq.<br>Madesen, Prestley & Parenteau<br>44 Capitol Avenue, Suite 201<br>Hartford, CT  06106 | |

G267925.1