UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, _ex rel_ and ROBERT C. SMITH, M.D., <br><br> PLAINTIFFS, <br><br> - against - <br><br> YALE-NEW HAVEN HOSPITAL, INC.,, YALE UNIVERSITY, NEW YORK PRESBYTERIAN HOSPITAL AND CORNELL UNIVERSITY, JOAN AND SANFORD I. WEILL MEDICAL COLLEGE, <br><br> DEFENDANTS. | Civil Action <br> No. 3:02cv01205 (PCD) <br><br> False Claims Action <br> Pursuant to <br> 31 U.S.C. § 3729, _et seq._ |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.1(d), the undersigned hereby moves the Court to admit James R. Kahn pro hac vice for the purpose of representing defendant Cornell University Joan and Sanford I. Weill Medical College ("Cornell") in addition to counsel of record in the instant lawsuit. In support of this Motion, the undersigned represents that:

1. The undersigned, Stacie Boeniger Collier, is an attorney with the firm of Nixon Peabody LLP, City Place, 185 Asylum Street, Hartford, Connecticut, 06105. Stacie Boeniger Collier has been a member in good standing of the Bars of the United States District Court for the District of Connecticut and of the State of Connecticut since 1998 and 1997, respectively.

2. James R. Kahn is employed as the Deputy University Counsel for Weill Medical College of Cornell University with an office at 445 East 69th Street, Suite 432, New York, New York 10021, telephone number (212) 746-0463, email address: jkahn@med.cornell.edu. He has held said position since December 1997, and has been a member in good standing of the Bar of the State of New York.

P120576.1

3. James R. Kahn is also admitted to practice in the United States District Courts for Eastern District of New York (admitted 1986) and the Southern District of New York (admitted 1982).

4. James R. Kahn is an attorney for Cornell and as such has special knowledge regarding Cornell. His admission to the bar in connection with this action would be of significant benefit to Cornell.

5. The undersigned believes James R. Kahn to be of good character and knows of no reason why this Court should not grant this Motion.

6. James R. Kahn has not been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules nor has Mr. Kahn been denied admission or disciplined by any other Court.

WHEREFORE, based upon the representations stated above, and the attached affidavit the undersigned requests that James R. Kahn be admitted pro hac vice before this Court as co-counsel for the Defendant.

DEFENDANT,
Cornell University Joan and Sanford I. Weill Medical College

BY: _____
Stacie Boeniger Collier (Ct 18895)
Nixon Peabody LLP
City Place
185 Asylum Street
Hartford, CT 06105
(860) 275-6820
(860) 275-6821 (fax)
sbcollier@nixonpeabody.com

018885/0

## CERTIFICATION OF SERVICE

This is to certify that a true and accurate copy of the foregoing Motion for Admission Pro Hac Vice was mailed, postage prepaid, on this 20th day of January, 2005 to the following:

| | |
|---|---|
| Mary Alice Leonhardt, Esq.<br>Law Offices of Mary Alice Leonhardt, LLC<br>102 Oak Street<br>Hartford, CT 06106 | William J. Doyle, Esq.<br>Kenneth D. Heath, Esq.<br>Wiggins & Dana LLP<br>One Century Tower<br>265 Church Street, Box 1832<br>New Haven, CT 06508 |
| Patrick M. Noonan, Esq.<br>Delaney, Zemetis, Donahue & Noonan, PC<br>741 Boston Post Road<br>Concept Park<br>Guilford, CT 06437 | Stuart M. Gerson, Esq.<br>Epstein Becker & Green, P.C.<br>1227 25th Street, NW, Suite 700<br>Washington, DC 20037-1175 |
| David S. Poppick, Esq.<br>Epstein Becker & Green, P.C.<br>One Landmark Square, Suite 1800<br>Stamford, CT 06901 | Alexander J. Lawrence, Esq.<br>Carl H. Loewenson<br>Morrison & Foerster, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-0050 |
| Craig T. Dickinson, Esq.<br>Madesen, Prestley & Parenteau<br>44 Capitol Avenue, Suite 201<br>Hartford, CT 06106 | |

STACIE BOENIGER COLLIER

018885/0