UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel</u> and ROBERT C. SMITH, M.D., <br><br> PLAINTIFFS, <br><br> - against - <br><br> YALE-NEW HAVEN HOSPITAL, INC.,,, YALE UNIVERSITY, NEW YORK PRESBYTERIAN HOSPITAL AND CORNELL UNIVERSITY, JOAN AND SANFORD I. WEILL MEDICAL COLLEGE, <br><br> DEFENDANTS. | Civil Action No. 3:02cv01205 (PCD) <br><br> False Claims Action Pursuant to 31 U.S.C. § 3729, *et seq.* <br><br> March 28, 2005 |

## **MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.1(d), the undersigned hereby moves the Court to admit Valerie L. Cross <u>pro hac vice</u> for the purpose of representing defendant Cornell University Joan and Sanford I. Weill Medical College ("Cornell") in addition to counsel of record in the instant lawsuit. In support of this Motion, the undersigned represents that:

1.  The undersigned, Stacie Boeniger Collier, is an attorney with the firm of Nixon Peabody LLP, City Place, 185 Asylum Street, Hartford, Connecticut, 06105. Stacie Boeniger Collier has been a member in good standing of the Bars of the United States District Court for the District of Connecticut and of the State of Connecticut since 1998 and 1997, respectively.

2.  Valerie L. Cross is employed as an Associate University Counsel for Cornell University with an office at 300 CCC Building, Garden Avenue, Ithaca, New York 14853; telephone number (607) 255-5124; email address: vlcl@cornell.edu. She has been a member in good standing of the Bar of the State of New York.

P122349.1

3.  Valerie L. Cross is also admitted to practice in the United States District Courts for Northern District of New York (admitted 1991), Southern District of New York (admitted 1994), Eastern District of New York (admitted 1997) and Western District of New York (admitted 1996); the United States Supreme Court (admitted 2000); and the United States Court of Appeals for the Second Circuit (admitted 2000).

4.  Valerie L. Cross is an attorney for Cornell and as such has special knowledge regarding Cornell. Her admission to the bar in connection with this action would be of significant benefit to Cornell.

5.  The undersigned believes Valerie L. Cross to be of good character and knows of no reason why this Court should not grant this Motion.

6.  Valerie L. Cross has not been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules nor has Ms. Cross been denied admission or disciplined by any other Court.

WHEREFORE, based upon the representations stated above, and the attached affidavit the undersigned requests that Valerie L. Cross be admitted pro hac vice before this Court as co-counsel for the Defendant.

DEFENDANT,
Cornell University Joan and Sanford I. Weill Medical College

BY: _____
Stacie Boeniger Collier (Ct 18895)
Nixon Peabody LLP
City Place
185 Asylum Street
Hartford, CT 06105
(860) 275-6820
(860) 275-6821 (fax)
sbcollier@nixonpeabody.com

018885/0(

## CERTIFICATION OF SERVICE

This is to certify that a true and accurate copy of the foregoing Motion for Admission Pro Hac Vice was mailed, postage prepaid, on this 28th day of March, 2005 to the following:

| | |
|---|---|
| Mary Alice Leonhardt, Esq.<br>Law Offices of Mary Alice Leonhardt, LLC<br>102 Oak Street<br>Hartford, CT 06106 | William J. Doyle, Esq.<br>Kenneth D. Heath, Esq.<br>Wiggins & Dana LLP<br>One Century Tower<br>265 Church Street, Box 1832<br>New Haven, CT 06508 |
| Patrick M. Noonan, Esq.<br>Delaney, Zemetis, Donahue & Noonan, PC<br>741 Boston Post Road<br>Concept Park<br>Guilford, CT 06437 | Stuart M. Gerson, Esq.<br>Epstein Becker & Green, P.C.<br>1227 25th Street, NW, Suite 700<br>Washington, DC 20037-1175 |
| David S. Poppick, Esq.<br>Epstein Becker & Green, P.C.<br>One Landmark Square, Suite 1800<br>Stamford, CT 06901 | Alexander J. Lawrence, Esq.<br>Carl H. Loewenson<br>Morrison & Foerster, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-0050 |
| Craig T. Dickinson, Esq.<br>Madesen, Prestley & Parenteau<br>44 Capitol Avenue, Suite 201<br>Hartford, CT 06106 | |

/s/ Stacie B. Collier
STACIE BOENIGER COLLIER

018885/0

- 3 -