UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. and ROBERT C. SMITH, M.D.,<br><br>Plaintiffs,<br><br>- against -<br><br>YALE-NEW HAVEN HOSPITAL, INC., YALE UNIVERSITY, NEW YORK PRESBYTERIAN HOSPITAL AND CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE,<br><br>Defendants. | **Civil Action No. 3:02CV01205(PCD)**<br><br>**False Claims Act Action Pursuant to 31 U.S.C. § 3729, *et seq.***<br><br>April 8, 2005 |

## MOTION FOR PERMISSION TO FILE MEMORANDA EXCEEDING FORTY PAGES

Defendant Cornell University Joan and Sanford I. Weill Medical College ("Cornell"), hereby moves, pursuant to Local Civil Rule 7(a)(1), for permission to file a memorandum of law in support of its motion to dismiss the Third Amended Complaint that exceeds forty (40) pages. This extension is necessary because of the number of claims asserted against Cornell under the False Claims Act, 31 U.S.C. § 3729, *et seq.*, and New York State law as well as the complexity of the legal issues raised by the pleading. Plaintiffs' counsel has no objection to this request. This is the first request by Cornell to file a memorandum exceeding the page limits set forth in the Local Civil Rules.

**ORAL ARGUMENT IS NOT REQUESTED**

P122609.1

                    DEFENDANT,
                    Cornell University Joan and Sanford I. Weill
                    Medical College

BY: _____
                    Stacie Boeniger Collier (Ct 18895)
                    Nixon Peabody LLP
                    City Place
                    185 Asylum Street
                    Hartford, CT 06105
                    (860) 275-6820
                    (860) 275-6821 (fax)
                    sbcollier@nixonpeabody.com

Of counsel:

_____
Gary P. Schulz (phv 00056)
Nixon Peabody LLP
990 Stewart Avenue
Garden City, NY 11530
(516) 832-7623
(516) 832-7555 (fax)
gschulz@nixonpeabody.com

**CERTIFICATION OF SERVICE**

       This is to certify that a true and accurate copy of the foregoing Motion for Permission to File a Memorandum in Excess of Forty Pages was mailed, postage prepaid, on this ___ day of April, 2005 to the following:

| | |
|---|---|
| Mary Alice Leonhardt, Esq.<br>Law Offices of Mary Alice Leonhardt, LLC<br>102 Oak Street<br>Hartford, CT 06106 | William J. Doyle, Esq.<br>Kenneth D. Heath, Esq.<br>Wiggins & Dana LLP<br>One Century Tower<br>265 Church Street, Box 1832<br>New Haven, CT 06508 |
| Patrick M. Noonan, Esq.<br>Delaney, Zemetis, Donahue & Noonan, PC<br>741 Boston Post Road<br>Concept Park<br>Guilford, CT 06437 | Stuart M. Gerson, Esq.<br>Epstein Becker & Green, P.C.<br>1227 25th Street, NW, Suite 700<br>Washington, DC 20037-1175 |
| David S. Poppick, Esq.<br>Epstein Becker & Green, P.C.<br>One Landmark Square, Suite 1800<br>Stamford, CT 06901 | Alexander J. Lawrence, Esq.<br>Carl H. Loewenson<br>Morrison & Foerster, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-0050 |
| Craig T. Dickinson, Esq.<br>Madesen, Prestley & Parenteau<br>44 Capitol Avenue, Suite 201<br>Hartford, CT 06106 | |

                                                     STACIE BOENIGER COLLIER