FEES pd

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED
2005 APR 11  A 9:31
U.S. DIST...

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel</u><br>and ROBERT C. SMITH, M.D.,<br><br>PLAINTIFFS,<br><br>- against -<br><br>YALE-NEW HAVEN HOSPITAL, INC.,,<br>YALE UNIVERSITY, NEW YORK PRESBYTERIAN<br>HOSPITAL AND CORNELL UNIVERSITY, JOAN<br>AND SANFORD I. WEILL MEDICAL COLLEGE,<br><br>DEFENDANTS. | Civil Action<br>No. 3:02cv01205 (PCD)<br><br>False Claims Action<br>Pursuant to<br>31 U.S.C. § 3729, <i>et seq.</i><br><br>April 8, 2005 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.1(d), the undersigned hereby moves the Court to admit Nelson E. Roth <u>pro hac vice</u> for the purpose of representing defendant Cornell University Joan and Sanford I. Weill Medical College ("Cornell") in addition to counsel of record in the instant lawsuit. In support of this Motion, the undersigned represents that:

1. The undersigned, Stacie Boeniger Collier, is an attorney with the firm of Nixon Peabody LLP, City Place, 185 Asylum Street, Hartford, Connecticut, 06105. Stacie Boeniger Collier has been a member in good standing of the Bars of the United States District Court for the District of Connecticut and of the State of Connecticut since 1998 and 1997, respectively.

2. Nelson E. Roth is employed as an Deputy University Counsel for Cornell University with an office at 300 CCC Building, Garden Avenue, Ithaca, New York 14853; telephone number (607) 255-5124; email address: ner3@cornell.edu. He has been a member in good standing of the Bars of the States of California and New York.

P122358.1

3. Nelson E. Roth is also admitted to practice in the United States District Court for Central District of California (admitted 1976), Northern District of New York (admitted 1983), Western District of New York (admitted 1983) and Southern District of New York (admitted 1992); the United States Supreme Court (admitted 1983); the United States Court of Appeals for the Second Circuit (admitted 1991); the United States Court of Appeals for the Third Circuit (admitted 1998); and the United States Tax Court (admitted 1981).

4. Nelson E. Roth is an attorney for Cornell and as such has special knowledge regarding Cornell. His admission to the bar in connection with this action would be of significant benefit to Cornell.

5. The undersigned believes Nelson E. Roth to be of good character and knows of no reason why this Court should not grant this Motion.

6. Nelson E. Roth has not been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules nor has Mr. Roth been denied admission or disciplined by any other Court.

WHEREFORE, based upon the representations stated above, and the attached affidavit the undersigned requests that Nelson E. Roth be admitted pro hac vice before this Court as co-counsel for the Defendant.

BY:  
DEFENDANT,  
Cornell University Joan and Sanford I. Weill Medical College

Stacie Boeniger Collier (Ct 18895)  
Nixon Peabody LLP  
City Place  
185 Asylum Street  
Hartford, CT 06105  
(860) 275-6820  
(860) 275-6821 (fax)  
sbcollier@nixonpeabody.com

018885/000

- 2 -

P122358.1

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* <br> and ROBERT C. SMITH, M.D., <br> <br> PLAINTIFFS, <br> - against - <br> <br> YALE-NEW HAVEN HOSPITAL, INC.,, <br> YALE UNIVERSITY, NEW YORK PRESBYTERIAN <br> HOSPITAL AND CORNELL UNIVERSITY, JOAN <br> AND SANFORD I. WEILL MEDICAL COLLEGE, <br> <br> DEFENDANTS. | Civil Action <br> No. 3:02cv01205 (PCD) <br> <br> False Claims Action <br> Pursuant to <br> 31 U.S.C. § 3729, *et seq.* |

**AFFIDAVIT OF NELSON E. ROTH**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

NELSON E. ROTH, of full age, certifies as follows:

1. I am an attorney at law and have been a member in good standing of the California State Bar since 1975 (inactive status since approximately 1979), the Bars of the State of New York since 1981, the United States District Court for the Central District of California since 1976, the United States District Court for the Northern District of New York since 1983, the United States District Court for the Western District of New York since 1983, the United States District Court for the Southern District of New York since 1992, the United States Court of Appeals for the Second Circuit since 1991, the United States Court of Appeals for the Third Circuit since 1998, the United States Tax Court since 1981, and the United States Supreme Court since 1983, without any restriction on my eligibility to practice, and I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

2.  I am Deputy University Counsel for Cornell University, 300 CCC Building, Garden Avenue, Ithaca, New York 14853, (607) 255-5124, ner3@cornell.edu.

3.  This affidavit requests permission for this declarant to participate pro hac vice as co-counsel for Cornell University Joan and Sanford I. Weill Medical College ("Cornell"), a defendant in this action.

4.  Co-counsel of record for Cornell is Stacie Boeniger Collier of the law firm, Nixon Peabody LLP, City Place, 185 Asylum Street, Hartford, Connecticut 06105. Stacie Boeniger Collier is a member in good standing of the Bar of this Court and maintains offices in this State for the regular practice of law. All pleadings, motions, notices, orders and other papers may be served on Stacie Boeniger Collier.

5.  I have read and am familiar with the Rules of the United States District Court for the District of Connecticut.

6.  I have not been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules of this Court or has been denied admission or disciplined by any other Court.

7.  Accordingly, it is respectfully requested that this Court grant an Order admitting this declarant pro hac vice as co-counsel for defendant Cornell, for all purposes of this action.

I hereby declare under penalty of perjury in accordance with 28 U.S.C. § 1746, that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: March 10, 2005

_____
Nelson E. Roth

G266975.1

- 2 -