UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. and ROBERT C. SMITH, M.D.,<br><br>                                                    Plaintiff,<br><br>- against -<br><br>YALE-NEW HAVEN HOSPITAL, INC., YALE UNIVERSITY, NEW YORK PRESBYTERIAN HOSPITAL AND CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE,<br><br>                                                    Defendants. | **Civil Action No. 3:02CV01205(PCD)**<br><br>April 25, 2005 |

### MOTION OF DEFENDANT CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE TO DISMISS THE THIRD AMENDED COMPLAINT

Defendant Cornell University Joan and Sanford I. Weill Medical College ("Cornell") hereby moves to dismiss the Third Amended Complaint in its entirety pursuant to Rules 9(b), 12(b)(2),(4),(5), (6), and 20 of the Federal Rules of Civil Procedure, or in the alternative, to sever any claims against Cornell that may survive dismissal and transfer said claims to the Southern District of New York pursuant to Rule 21 and 28 U.S.C. § 1404(a), and for such other and further relief as the Court may deem appropriate. In support of this motion, Cornell respectfully submits the accompanying memorandum of law, the Declaration of Gary P. Schulz, and the Affidavit of Sandra D. McCabe, and annexed exhibits.

**ORAL ARGUMENT REQUESTED**

G272898.1

        DEFENDANT
Cornell University Joan and Sanford I. Weill Medical College

By:_____

    Gary P. Schulz, Esq. (phv0056)
    Christopher J. Porzio, Esq.  (phv0057)
    Stacey B. Collier, Esq.  (ct18895)
    NIXON PEABODY LLP
    City Place
    185 Asylum Street
    Hartford, CT 06103
    (860) 275-6820
    (860) 275-6821 (fax)
    gschulz@nixonpeabody.com

    - and -

    James R. Kahn, Esq.
    Deputy University Counsel
    Cornell University
    Weill Medical College
    Office of University Counsel
    445 East 69th Street
    New York, New York 10021
    ph (212) 746-0463
    fax (212) 746-0495

    Nelson E. Roth, Esq.
    Deputy Univerity Counsel
    ner3@cornell.edu

    Valerie L. Cross, Esq.
    Associate University Counsel
    vlc1@cornell.edu

    Cornell University
    300 CCC Building, Garden Avenue
    Ithaca, New York 14853
    ph (607) 255-5124
    fax (607) 255-2794