UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. and ROBERT C. SMITH, M.D.,<br><br>                                                    Plaintiff,<br><br>- against -<br><br>YALE-NEW HAVEN HOSPITAL, INC., YALE UNIVERSITY, NEW YORK PRESBYTERIAN HOSPITAL AND CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE,<br><br>                                                    Defendants. | **Civil Action No.**<br>**3:02CV01205(PCD)** |

## DECLARATION OF GARY P. SCHULZ IN SUPPORT OF THE MOTION OF CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE TO DISMISS THE THIRD AMENDED COMPLAINT

I, GARY P. SCHULZ, declare, under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am counsel to the law firm of Nixon Peabody LLP, co-counsel for defendant Cornell University Joan and Sanford I. Weill Medical College ("Cornell") and as such, I am fully familiar with the facts and circumstances relevant to this litigation.

2. I make this declaration in support of Cornell's motion to dismiss the Third Amended Complaint in its entirety pursuant to Rules 9(b), 12(b) (2), (4), (5), (6), and 20 of the Federal Rules of Civil Procedure, or in the alternative, to sever any claims against Cornell that may survive dismissal and transfer said claims to the Southern District of New York pursuant to Rule 21 and 28 U.S.C. § 1404(a).

G272294.1

3. In particular, I make this declaration in order to place before the Court the operative pleading and documentary exhibits which are pertinent to Cornell's motion.

4. Attached to this Declaration as Exhibit "A" is a true and accurate copy of Plaintiff-Relator's Third Amended Complaint, dated November 24, 2004.

5. Attached to this Declaration as Exhibit "B" is a true and accurate copy of excerpts of the deposition transcript of Dr. Robert C. Smith transcribed in the case <u>Burrell v. Yale University</u>, 00-CV-0159421-S (Ct. Super. Waterbury Dist.) on Jan. 29, 2004.

6. Attached to this Declaration as Exhibit "C" is a true and accurate copy of excerpts of the deposition transcript of Dr. Robert C. Smith transcribed in the case <u>Burrell v. Yale University</u>, 00-CV-0159421-S (Ct. Super. Waterbury Dist.) on Jan. 24, 2003.

7. Attached to this Declaration as Exhibit "D" is a true and accurate copy of an Affidavit of Service which purports to evidence service of a "Summons" in this matter at approximately 3:30 p.m. on July 27, 2004 by one Ronald Ostrander upon "Cornell University" located at 3000 CCC Building Garden Avenue, Ithaca, New York 14850 by personally delivering and leaving with Susan McCabe, Executive Staff Assistant, a true copy of the "Summons."

8. Attached to this Declaration as Exhibit "E" is a true and accurate copy of an Affidavit of Service which purports to evidence service of the Second and Third Amended Complaint in this matter at approximately 5:03 p.m. on July 27, 2004 by one Diane Warner upon "Cornell University Joan and Sanford I. Weill Medical College Office of the President" located at 300 CCC Building, Garden Avenue, Ithaca, New York 14853 by personally delivering and

leaving with Sandy McCabe, Executive Staff Assistant, a true copy of said Second and Third Amended Complaints.

Dated:  Garden City, New York
        April 25, 2005

                                                            /s/ Gary P. Schulz
                                                            Gary P. Schulz

G272294.1                                - 3 -