UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. and ROBERT C. SMITH, M.D., <br><br> Plaintiff, <br><br> - against - <br><br> YALE-NEW HAVEN HOSPITAL, INC., YALE UNIVERSITY, NEW YORK PRESBYTERIAN HOSPITAL AND CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE, <br><br> Defendants. | **Civil Action No. 3:02CV01205(PCD)** |

### AFFIDAVIT OF SANDRA D. McCABE IN SUPPORT OF CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE'S MOTION TO DISMISS

I, Sandra D. McCabe, being duly sworn, deposes and says:

1. I am an Executive Staff Assistant employed in the Office of University Counsel at Cornell University, 300 Computing and Communications Center, Garden Avenue, Ithaca, New York. I have been duly designated by the Secretary of the Corporation as an agent authorized to accept service of process on behalf of Cornell University. I am fully familiar with the facts and circumstances set forth herein, and I submit this Affidavit in support of defendant Cornell University Joan and Sanford I. Weill Medical College's motion to dismiss the Third Amended Complaint.

2. On July 27, 2004, I took delivery of legal documents relating to this case from two separate process servers. At approximately 3:30 p.m. in the afternoon of July 27th, a male process server delivered to me a document addressed to the "Office of the President, Cornell University Joan and Sanford I. Weill Medical College." The

document was not identified as a summons, nor does it bear any sort of caption or title. A copy of this document is attached hereto as Exhibit "A". In accordance with the procedures of the Office of University Counsel, I forwarded the document to Deputy University Counsel Nelson E. Roth.

     3.   Later on the same date, July 24, 2004, at approximately 5:03 p.m., a female process server delivered to me copies of two documents labeled "Second Amended Complaint" and "Third Amended Complaint", copies of which are attached hereto as Exhibits "B" and "C" respectively. In accordance with the procedures of the Office of University Counsel, I also forwarded these documents to Mr. Roth.

Dated: Ithaca, New York
       April 20, 2005

                                                      Sandra D. McCabe

Sworn before me on this
20th day of April, 2005.

Notary Public

REBECCA K. LITTERST
Notary Public, State of New York
No. 01LI6051828
Appointed in Tompkins County
Commission Expires Dec. 4, 20 06