**Exhibit A**

transmission in error, please notify us immediately by telephone (collect) at (860) 246-2466 and return the original to us by mail, without reproducing it in any way. Thank you.

TO: (Name and address of defendant)

Office of the President
Cornell University Joan and Sanford I. Weill Medical College
300 Day Hall
Ithaca, NY  14853-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter B. Prestley
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT  06106

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

True Copy
ATTEST:

KEVIN F. ROWE
Clerk, U.S. District Court

By _____
Deputy Clerk

7-27-04

**KEVIN F. ROWE**
CLERK

_____
(BY) DEPUTY CLERK

DATE