DUE TO THE VOLUMINOUS NATURE OF EXHIBITS "B" AND "C" TO THE AFFIDAVIT OF SANDRA McCABE, SUCH EXHIBITS WILL BE PROVIDED UPON REQUEST TO THE FOLLOWING:

Gary P. Schulz, Esq.
Christopher J. Porzio, Esq.
Nixon Peabody, LLP
990 Stewart Avenue
Garden City, NY  11530
516-832-7500