## CERTIFICATION OF SERVICE

This is to certify that a true and accurate copy of the foregoing was mailed, postage prepaid, on this 25th day of April, 2005 to the following:

Mary Alice Leonhardt, Esq.
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT  06106

William J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggins & Dana LLP
One Century Tower
265 Church Street, Box 1832
New Haven, CT  06508

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue & Noonan, PC
741 Boston Post Road
Concept Park
Guilford, CT  06437

Stuart M. Gerson, Esq.
Epstein Becker & Green, P.C.
1227 25th Street, NW, Suite 700
Washington, DC  20037-1175

David S. Poppick, Esq.
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT  06901

Alexander J. Lawrence, Esq.
Carl H. Loewenson
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY  10104-0050

Craig T. Dickinson, Esq.
Madesen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT  06106

Richard M. Molot
U.S. Attorney's Office-NH
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT  06510

_____
GARY P. SCHULZ (phv0056)

G272964.1