UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITES STATES OF AMERICA ex rel.<br>ROBERT C. SMITH, M.D.<br><br>RELATOR,<br><br>v.<br><br>YALE-NEW HAVEN HOSPITAL, INC.,<br>YALE UNIVERSITY, NEW YORK<br>PRESBYTERIAN HOSPITAL AND<br>CORNELL UNIVERSITY JOAN AND<br>SANFORD I. WEILL MEDICAL COLLEGE<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br>No. 3:02cv01205 (PCD)<br><br><br><br><br>MOTION OF NEW YORK-<br>PRESBYTERIAN HOSPITAL<br>TO DISMISS THIRD AMENDED<br>COMPLAINT<br><br>HEARING REQUESTED |

New York-Presbyterian Hospital ("NYPH"), one of the defendants herein, respectfully moves the Court to dismiss the Third Amended Complaint as to NYPH pursuant to Fed. R. Civ. P. 9(b) and 12(b), because this Court lacks jurisdiction over NYPH, and because, *inter alia*, Relator has failed to plead fraud with requisite particularity, has failed to state a legally-viable claim both under the False Claims Act, 31 U.S.C. §§ 3729, *et seq.*, and also various New York State law theories.

NYPH respectfully submits herewith a Memorandum of Law in support of this motion fully detailing the reasons why it should be granted.

WHEREFORE, the Defendant, New York – Presbyterian Hospital respectfully requests that this Court grant this motion in its entirety, and enter judgment in NYPH's favor by issuing an order dismissing the case and by awarding costs and fees to NYPH to the extent permitted by law and by awarding any other remedy the Court deems just and proper.

Dated: April 25, 2005

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

Attorneys for Defendant
New York – Presbyterian Hospital

By: /s/ Stuart M. Gerson
Stuart M. Gerson,
Admitted *pro hac vice*
Federal Bar No. CT03865
1227 25th Street, NW Suite 700
Washington, D.C. 20037-1175
(202) 861-0900

and

David S. Poppick,
Federal Bar No. CT13202
Jonathan M. Plissner
Federal Bar No. CT23773
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-373

DC:287688v1

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent on this 25th day of April, 2005 via facsimile and regular U.S. Mail, postage prepaid to:

William J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana LLP
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508

James R. Kahn, Esq.
Associate University Counsel
Cornell University
445 East 69th Street
New York, NY 10021

Mary Alice Leonhardt, Esq.
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106

Jacques J. Parenteau, Esq.
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320

Daniel L. FitzMaurice, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

J. Alexander Lawrence, Esq.
Carl H. Loewenson, Jr., Esq.
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104-0050

Patrick M. Noonan, Esq.
Donahue, Durham & Noonan, P.C.
Concept Park
741 Boston Post Road
Guilford, CT 06437

Peter B. Prestley, Esq.
Craig T. Dickerson, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford, CT 06106

and that three (3) copies have been mailed in accordance with Rule 5 of the Federal Rules of Civil Procedure and Rules 7(d) and 7(e) of the Local Rules of Civil Procedure to:

Richard Molot, Esq.
John Hughes, Esq.
Assistant United States Attorney
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

JONATHAN M. PLISSNER

DC:287583v1