UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR 25 P 2: 13

U.S. DISTRICT COURT
NEW HAVEN, CT

Robert C. Smith

v.

Bridgeport Hospital, et al.

APPEARANCE

CASE NO.: 3:02-CV-01205-PCD

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Cornell University Joan & Sanford I.
Weill Medical College

April 20, 2005
Date

Signature

phv0251
Connecticut Federal Bar Number

Valerie L. Cross
Print Clearly or Type Name

607-255-2796
Telephone Number

Cornell University, Office of the University Counsel
Address

607-255-2794
Fax Number

300 CCC Bldg., Garden Avenue, Ithaca, NY 14853

vlc1@cornell.edu
E-mail Address

CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Please see attached service list.

Signature

Craig Thomas Dickinson
Peter Burgoyne Prestley
Madsen, Prestley & Parenteau, LLC
44 Capitol Ave., 2nd Fl E.
Suite 201
Hartford, CT 06106

Jacques J. Parenteau
Madsen, Prestley & Parenteau
111 Huntington St., PO Box 1631
New London, CT 06320

Mary Alice Leonhardt
Law Offices of Mary Alice Leonhardt, LLC
67 Russ St., 3rd Fl.
Hartford, CT 06106

John B. Hughes
Richard M. Molot
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510

Stuart M. Gerson
Epstein, Becker & Green, P.C.
1227 25Th St., N.W.
Suite 700
Washington, DC 20037-1156

Jonathan M. Plissner
David S. Poppick
Epstein, Becker & Green, P.C.
One Landmark Square, Ste 1800
Stamford, CT 06901-2165

Patrick M. Noonan
Delaney, Zemetis, Donahue, Durham & Noonan
Concept Park
741 Boston Post Rd.
Guilford, CT 06437