## UNITED STATE DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel ROBERT C. SMITH, M.D., | : | |
| | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:02-CV-1205 (PCD) |
| | : | |
| v. | : | |
| | : | |
| YALE NEW HAVEN HOSPITAL, INC., YALE UNIVERSITY, NEW YORK-PRESBYTERIAN HOSPITAL AND CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE | : | |
| | : | June 20, 2005 |
| | : | |
| Defendants | : | |
| | : | |

### PLAINTIFF'S MOTION TO FILE AN OVER-LENGTH OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE THIRD AMENDED COMPLAINT

Plaintiff Robert C. Smith, with the consent of all parties, hereby moves this Court for

permission to file an over-length Opposition to the Motions to Dismiss the Third Amended

Complaint by Defendants Cornell University Joan and Sanford I. Weill Medical College and

New York-Presbyterian Hospital. The Plaintiff requests an additional twenty (20) pages for his

Opposition to the Motion to Dismiss of each Defendant. Plaintiff's motion is supported by the

attached declaration of Craig T. Dickinson.

Respectfully submitted,

By: _____
Craig T. Dickinson
Fed. Bar No.: (CT18053)
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
(860) 246-2466 – Telephone
(860) 246-1794 – Facsimile

## CERTIFICATION

I hereby certify that a copy of the foregoing were sent on this 20th day of June 2005 via regular U.S. Mail, postage prepaid to:

Richard M. Molot
Assistant United States Attorney
P. O. Box 1834
New Haven, CT 06508

Mary Alice Leonhardt
 Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106

Stuart M. Gerson
Epstein Becker & Green, P.C.
1227 25th Street, NW  - Suite 700
Washington, DC 20037-1175

David S. Poppick
Epstein Becker & Green, P.C.
One Landmark Square - Suite 1800
Stamford, CT 06901

Gary Schulz
Nixon Peabody, LLP
990 Stewart Avenue
Garden City, NY 11530

James R. Kahn
Cornell University
445 East 69th Street
New York, NY  10021

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford, CT 06437

Craig T. Dickinson

UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel ROBERT C. SMITH, M.D., | : : : | |
| Plaintiffs, | : : : : | CIVIL ACTION NO. 3:02-CV-1205 (PCD) |
| v. | : : : | |
| YALE NEW HAVEN HOSPITAL, INC., YALE UNIVERSITY, NEW YORK-PRESBYTERIAN HOSPITAL AND CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE | : : : : | June 20, 2005 |
| Defendants | : : | |

DECLARATION OF CRAIG T. DICKINSON IN SUPPORT OF MOTION
TO FILE AN OVER-LENGTH OPPOSITION TO DEFENDANTS' MOTIONS
TO DISMISS THE THIRD AMENDED COMPLAINT

I, Craig T. Dickinson, declare:

1.      I am an attorney with the law firm of Madsen, Prestley & Parenteau, LLC, counsel

for Plaintiff Robert C. Smith ("Plaintiff"). I submit this declaration in support of

Plaintiff's motion to file an over-length opposition to Defendants' Motions to

Dismiss the Third Amended Complaint.

2.      The reason Plaintiff is requesting permission to file an over-length is that each of

Defendants' motions, one of which was 15 pages over-length itself, raise several,

complex legal issues. Plaintiff's drafts indicate that approximately 20 additional

Case 3:02-cv-01205-PCD    Document 97    Filed 06/21/2005    Page 4 of 4

pages are needed to adequately address Defendants' arguments.

3. By e-mail dated June 17, 2005 I contacted defense counsel, inquiring whether Defendants would oppose to Plaintiff's motion to file an over-length opposition to Defendants' Motions to Dismiss the Third Amended Complaint.

4. As of 2:30 p.m., Monday, June 20, 2005, each defense counsel indicated that they did not object to Plaintiff's motion.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed this 20th day of June, 2005 at Hartford, Connecticut.

_____
Craig T. Dickinson