UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. and ROBERT C. SMITH, M.D.,<br><br>Plaintiffs,<br><br>- against -<br><br>YALE-NEW HAVEN HOSPITAL, INC., YALE UNIVERSITY, NEW YORK PRESBYTERIAN HOSPITAL AND CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE,<br><br>Defendants. | Civil Action No. 3:02CV01205(PCD)<br><br>False Claims Act Action Pursuant to 31 U.S.C. § 3729, *et seq.*<br><br>July 14, 2005 |

## MOTION FOR PERMISSION TO FILE A
## MEMORANDUM EXCEEDING TEN PAGES

Defendant Cornell University Joan and Sanford I. Weill Medical College ("Cornell"), hereby moves, pursuant to Local Civil Rule 7(a)(1), for permission to file a reply memorandum of law in further support of its motion to dismiss the Third Amended Complaint that exceeds ten (10) pages. This extension is necessary because of the number and complexity of new issues raised in plaintiff's opposition to Cornell's motion to dismiss the Third Amended Complaint which purports to allege violations of the False Claims Act, 31 U.S.C. § 3729, *et seq.*, and New York State law. Plaintiff's counsel has no objection to this request. This is the second request by Cornell to file a memorandum exceeding the page limits set forth in the Local Civil Rules.

DEFENDANT,
Cornell University Joan and Sanford I. Weill Medical College

BY: _____*/s/ Stacie B C*_____
Stacie Boeniger Collier (Ct 18895)
Nixon Peabody LLP
City Place
185 Asylum Street
Hartford, CT 06105
(860) 275-6820
(860) 275-6821 (fax)
sbcollier@nixonpeabody.com

Dated: July 14, 2005

## CERTIFICATION OF SERVICE

This is to certify that a true and accurate copy of the foregoing Motion for Permission to File a Memorandum Exceeding Ten Pages was mailed, postage prepaid, on this 14th day of July, 2005 to the following:

| | |
|---|---|
| Mary Alice Leonhardt, Esq.<br>Law Offices of Mary Alice Leonhardt, LLC<br>102 Oak Street<br>Hartford, CT 06106 | William J. Doyle, Esq.<br>Kenneth D. Heath, Esq.<br>Wiggins & Dana LLP<br>One Century Tower<br>265 Curch Street, Box 1832<br>New Haven, CT 06508 |
| Patrick M. Noonan, Esq.<br>Delaney, Zemetis, Donahue & Noonan, PC<br>741 Boston Post Road<br>Concept Park<br>Guilford, CT 06437 | Stuart M. Gerson, Esq.<br>Epstein Becker & Green, P.C.<br>1227 25th Street, NW, Suite 700<br>Washington, DC 20037-1175 |
| David S. Poppick, Esq.<br>Epstein Becker & Green, P.C.<br>One Landmark Square, Suite 1800<br>Stamford, CT 06901 | Alexander J. Lawrence, Esq.<br>Carl H. Loewenson<br>Morrison & Foerster, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-0050 |
| Craig T. Dickinson, Esq.<br>Madesen, Prestley & Parenteau<br>44 Capitol Avenue, Suite 201<br>Hartford, CT 06106 | |

*/s/ Stacie BC*
STACIE BOENIGER COLLIER

G265699.1