UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

CASE NUMBER: C.A. No. 3:02CV01205(PCD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: DEFENDANT CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE

JULY 22, 2005

Date

*[Signature]*

Signature

#18895

Connecticut Federal Bar Number

STACIE BOENIGER COLLIER

Print Clearly or Type Name

(401) 454-1000

Telephone Number

Nixon Peabody LLP
185 Asylum Street

Address

(401) 454-1030

Fax Number

Hartford, CT 06103-1051

sbcollier@nixonpeabody.com

E-mail address

P125993.1

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed, postage prepaid, on this 22nd day of July, 2005 to the following:

| | |
|---|---|
| Mary Alice Leonhardt, Esq.<br>Law Offices of Mary Alice Leonhardt, LLC<br>102 Oak Street<br>Hartford, CT 06106 | William J. Doyle, Esq.<br>Kenneth D. Heath, Esq.<br>Wiggins & Dana LLP<br>One Century Tower<br>265 Curch Street, Box 1832<br>New Haven, CT 06508 |
| Patrick M. Noonan, Esq.<br>Delaney, Zemetis, Donahue & Noonan, PC<br>741 Boston Post Road<br>Concept Park<br>Guilford, CT 06437 | Stuart M. Gerson, Esq.<br>Epstein Becker & Green, P.C.<br>1227 25th Street, NW, Suite 700<br>Washington, DC 20037-1175 |
| David S. Poppick, Esq.<br>Epstein Becker & Green, P.C.<br>One Landmark Square, Suite 1800<br>Stamford, CT 06901 | Alexander J. Lawrence, Esq.<br>Carl H. Loewenson<br>Morrison & Foerster, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-0050 |
| Craig T. Dickinson, Esq.<br>Madesen, Prestley & Parenteau<br>44 Capitol Avenue, Suite 201<br>Hartford, CT 06106 | |

_____
STACIE BOENIGER COLLIER