UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITES STATES OF AMERICA *ex rel.* ROBERT C. SMITH, M.D. | ) ) ) | Civil Action No. 3:02-cv-01205 (PCD) |
| RELATOR, | ) ) | |
| v. | ) ) | |
| YALE-NEW HAVEN HOSPITAL, INC., YALE UNIVERSITY, NEW YORK-PRESBYTERIAN HOSPITAL AND CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE | ) ) ) ) ) | July 26, 2005 |
| DEFENDANTS. | ) ) ) | |

## DEFENDANT NYPH'S MOTION TO FILE AN OVER-LENGTH REPLY IN SUPPORT OF ITS MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

Defendant New York-Presbyterian Hospital ("NYPH"), hereby moves this Court for leave to file an over-length Reply Memorandum in support of its Motion to Dismiss the Third Amended Complaint. Five (5) additional pages are requested and are necessary because Plaintiff has served a sixty (60) page Opposition to NYPH's Motion to Dismiss the Third Amended Complaint, raising numerous new and previously unaddressed issues. Plaintiff's counsel has been contacted and does not object to this request. NYPH previously consented to a request of Plaintiff for an additional twenty (20) pages for their Opposition to NYPH's Motion to Dismiss the Third Amended Complaint.

DC:330275v1

This is the first request of NYPH to file a memorandum in excess of the page limits set forth in the Local Civil Rules.

Dated: July 26, 2005

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

Attorneys for Defendant
New York-Presbyterian Hospital

By: _____
David S. Poppick
Federal Bar No. CT13202
Jonathan Plissner,
Federal Bar No. CT 23773
One Landmark Square, Suite 1800
Stamford, CT  06901-2601
(203) 348-373

Stuart M. Gerson,
Admitted *pro hac vice*
Federal Bar No. CT03865
1227 25th Street, NW Suite 700
Washington, D.C. 20037-1175
(202) 861-0900

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent on this 26th day of July, 2005 via regular U.S. Mail, postage prepaid to:

William J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana LLP
One Century Tower
265 Church Street, Box 1832
New Haven, CT  06508

Daniel L. FitzMaurice, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT  06103-3499

James R. Kahn, Esq.
Associate University Counsel
Cornell University
445 East 69th Street
New York, NY  10021

J. Alexander Lawrence, Esq.
Carl H. Loewenson, Jr., Esq.
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY  10104-0050

Mary Alice Leonhardt, Esq.
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT  06106

Patrick M. Noonan, Esq.
Donahue, Durham & Noonan, P.C.
Concept Park
741 Boston Post Road
Guilford, CT  06437

Jacques J. Parenteau, Esq.
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT  06320

Peter B. Prestley, Esq.
Craig T. Dickerson, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford, CT  06106

Gary Schulz
Nixon Peabody, LLP
990 Stewart Avenue
Garden City, NY 11530

and that three (3) copies have been mailed in accordance with Rule 5 of the Federal Rules of Civil Procedure and Rules 7(d) and 7(e) of the Local Rules of Civil Procedure to:

Richard Molot, Esq.
John Hughes, Esq.
Assistant United States Attorney
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

Jonathan Plissner, Esq.