UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES ex rel.<br>ROBERT C. SMITH, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>YALE-NEW HAVEN HOSPITAL, INC, YALE UNIVERSITY, NEW YORK PRESBYTERIAN HOSPITAL AND CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE,<br><br>Defendants. | Civil Action<br>No. 3:02-cv-01205 (PCD)<br><br>JULY 27, 2005 |

### STIPULATION OF DISMISSAL AS TO DEFENDANT YALE UNIVERSITY

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff-Relator Robert Smith, M.D. ("Smith"), and Defendant Yale University ("Yale"), through their undersigned counsel, hereby stipulate to the dismissal of Yale from this action, pursuant to the terms set forth in Paragraph 18 of the Settlement Agreement dated July 27, 2005.

This stipulation may be executed in counterparts, each of which constitutes an original and all of which constitute one and the same stipulation.

A proposed order is submitted herewith.

ny-618188

1

KOHN, KOHN & COLAPINTO, LLP

_____
Stephen M. Kohn (phv0406)
3233 P Street, NW
Washington, D.C. 20007
(202) 342-6980


MADSEN, PRESTLEY
& PARENTEAU, LLC

Peter B. Prestley (CT15799)
Craig T. Dickinson (CT18053)
44 Capitol Avenue, Suite 201
Hartford, CT 06016
(860) 246-2466


OFFICES OF MARY ALICE LEONHARDT

Mary Alice Leonhardt (CT02996)
102 Oak Street
Hartford, CT 06106
(860) 727-8874


Attorneys for Plaintiff Robert C. Smith, M.D.

MORRISON & FOERSTER LLP

_____
Carl H. Loewenson, Jr. (CT07774)
Stanley R. Soya (CT25883)
J. Alexander Lawrence (CT25884)
1290 Avenue of the Americas
New York, NY 10104-0185
(212) 468-8000


WIGGIN & DANA LLP

Kenneth D. Heath (CT23659)
265 Church Street, One Century Tower
New Haven, CT 06508-1832
(203) 498-4400


Attorneys for Defendant Yale University


ENTERED as the Order of the Court this _____ day of _____, 2005.


_____
United States District Court

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES ex rel.<br>ROBERT C. SMITH, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>YALE-NEW HAVEN HOSPITAL, INC, YALE UNIVERSITY, NEW YORK PRESBYTERIAN HOSPITAL AND CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE,<br><br>Defendants. | Civil Action<br>No. 3:02-cv-01205 (PCD)<br><br>JULY 27, 2005 |

### ORDER OF DISMISSAL AS TO DEFENDANT YALE UNIVERSITY

The United States, Plaintiff-Relator Robert Smith, M.D. ("Relator"), and Defendant Yale University ("Yale") have reached an agreement to settle this litigation at to the claims asserted against Yale. The United States, Relator, and Yale agree that each will bear its own costs, expenses and attorneys' fees. The United States and Relator have also reached agreement, as set forth in the Settlement Agreement, as to Relator's share of the settlement proceeds pursuant to 31 U.S.C. § 3730(d)(1). Accordingly, in light of the Settlement Agreement, the Court hereby enters the following orders:

1.  The claims and allegations contained in this action against Yale that are included within the scope of the Covered Conduct (as defined in the Settlement Agreement) are dismissed with prejudice as to the United States and Relator; all remaining claims in this action against Yale are dismissed with prejudice as to Relator and without prejudice as to the United States.

ny-618187

1

2.      The United States, Relator and Yale each will bear their own costs, expenses and attorneys' fees.

3.      The Court retains jurisdiction over this matter to enforce the terms of the Settlement Agreement.

IT IS SO ORDERED this _____ day of _____, 2005.

_____
HONORABLE PETER C. DORSEY

ny-618187                                                            2

## CERTIFICATE OF SERVICE

I, Kenneth D. Heath, hereby certify that true and correct copies of the Stipulation of Dismissal as to Defendant Yale University and Order of Dismissal as to Defendant Yale University was served by U.S. Mail, on August 3, 2005, upon:

Carl H. Loewenson, Jr.
Stanley R. Soya
J. Alexander Lawrence
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0185

Jacques J. Parenteau
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320

Stephen M. Kohn
Kohn, Kohn & Colapinto, LLP
3233 P Street, NW
Washington, DC 20007

Stuart M. Gerson
Epstein, Becker & Green, P.C.
1227 25Th St., N.W.
Suite 700
Washington, DC 20037-1156

Christopher J. Porzio
Gary P. Schulz
Nixon Peabody LLP
990 Stewart Avenue
Garden City, NY 11530

Patrick M. Noonan
Steven M. Barry
Delaney, Zemetis, Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

Peter B. Prestley
Craig T. Dickinson
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford, CT 06106

Mary Alice Leonhardt
Offices Of Mary Alice Leonhardt
102 Oak Street
Hartford, CT 06106

David S. Poppick
Jonathan M. Plissner
Epstein, Becker & Green, P.C.
One Landmark Square, Ste 1800
Stamford, CT 06901-2165

Stacie A. Boeniger
Nixon Peabody LLP
One Citizens Plaza
Suite 500
Providence, RI 02903

ny-595307

| | |
|---|---|
| Nelson E. Roth | James R. Kahn |
| Valerie L. Cross | Weill Medical College of Cornell |
| Cornell University | University |
| Office of University Counsel | 445 East 69th Street |
| Garden Avenue | Suite 432 |
| 300 CCC Building | New York, NY 10021 |
| Ithaca, NY 14853 | |

and, pursuant to Rule 5(c) of the Local Rules of Civil Procedure, three copies by United States Postal Service, First Class Mail to:

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510.

_____
Kenneth D. Heath