IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT C. SMITH, M.D., <br><br> Plaintiff, <br><br> v. <br><br> YALE-NEW HAVEN HOSPITAL, INC., YALE UNIVERSITY, NEW YORK PRESBYTERIAN HOSPITAL AND CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE, <br><br> Defendants. | No. 3:02cv01205 (PCD) <br><br><br> August 4, 2005 |

## UNITED STATES' NOTICE OF CONSENT TO DISMISSAL OF DEFENDANT YALE UNIVERSITY

Pursuant to a Settlement Agreement between the parties dated July 27, 2005, Relator Robert Smith, M.D., and Defendant Yale University ("Yale") filed a Stipulation of Dismissal as to defendant Yale and a proposed order.

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America, by its undersigned attorneys, hereby respectfully notifies the Court that the Attorney General consents to the dismissal of the claims against Yale, pursuant to the terms of the Settlement

Agreement and proposed order.

          Respectfully submitted,

          KEVIN J. O'CONNOR
          UNITED STATES ATTORNEY

          _____
          RICHARD M. MOLOT
          ASSISTANT U.S. ATTORNEY
          P.O. BOX 1824
          NEW HAVEN, CT 06510
          (203) 821-3792; Fed. Bar No. Ct21676

CERTIFICATION OF SERVICE

      I hereby certify that on this 4th day of August, 2005, I caused a true and correct copy of the United States' Notice of Consent to Dismissal of Defendant Yale University, to be served by first class mail on:

      Mary Alice Leonhardt, Esq.
      Law Offices of Mary Alice Leonhardt
      102 Oak Street
      Hartford, CT 06106

      Carl Loewenson, Jr.
      Stanley Soya
      J. Alexander Lawrence
      Morrison & Foerster, LLP
      1290 Avenue of the Americas
      New York, NY 10104-0185

      Patrick Noonan
      Steven Barry
      Delaney, Zemetis, Donahue, Durham & Noonan
      741 Boston Post Road
      Guilford, CT 06437

      Jacques Parenteau
      Madsen, Prestley & Parenteau
      111 Huntington Street
      Po Box 1631
      New London, CT 06320

      Peter Prestley
      Craig Dickinson
      Madsen, Prestley & Parenteau
      44 Capitol Ave., Suite 201
      Hartford, CT 06106

      Stephen Kohn
      Kohn, Kohn & Colapinto, LLP
      3233 P Street, NW
      Washington, DC 20007

[continued, next page]

Stuart Gerson
Epstein, Becker & Green
1227 25th St., NW, Suite 700
Washington, DC 20037-1156

David Poppick
Jonathan Plissner
Epstein, Becker & Green
One Landmark Square, Suite 1800
Stamford, CT 06901-2165

Christopher Porzio
Gary Schulz
Nixon Peabody LLP
990 Stewart Ave.
Garden City, NY 11530

Stacie Boeniger
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

Nelson Roth
Valerie Cross
Cornell University
Office of University Counsel
Garden Ave.
300 CCC Building
Ithaca, NY 14853

James Kahn
Weill Medical College of Cornell University
445 East 69th Street, Suite 432
New York, NY 10021

Kenneth Heath
Wiggin & Dana LLP
265 Church Street, One Century Tower
New Haven, CT 06508

_____
Richard M. Molot
Assistant U.S. Attorney