UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel | : | |
| ROBERT C. SMITH, M.D. | : | |
| | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:02-CV-01205 (PCD) |
| v. | : | |
| | : | |
| YALE NEW HAVEN HOSPITAL, | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| Defendants. | : | AUGUST 4, 2005 |

### SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTIONS TO DISMISS

Yale New Haven Hospital hereby joins in the arguments made by New York - Presbyterian Hospital and Cornell University  Joan and Sanford I. Weill Medical College in the briefs filed by those defendants in support of their Motions to Dismiss.  The very same arguments made by those defendants are applicable to Yale New Haven Hospital.  Rather than repeating those arguments, Yale New Haven Hospital hereby incorporates those arguments in support of its Motion to Dismiss, in addition to the briefs already filed in support of Yale New Haven Hospital's Motion to Dismiss.

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK   •   741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168 • FAX:  (203) 458-4424
JURIS NO. 415438

THE DEFENDANT
YALE NEW HAVEN HOSPITAL


BY:_____
    Patrick M. Noonan  (#CT00189)
    Donahue, Durham & Noonan, P.C.
    741 Boston Post Road
    Guilford, CT 06437
    (203) 458-9168
    (203) 458-4424 – Fax


## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

| | |
|---|---|
| Kenneth D. Heath, Esq. | Carl H. Loewenson, Jr., Esq. |
| Wiggin & Dana | Stanley R. Soya, Esq. |
| One Century Tower | J. Alexander Lawrence, Esq. |
| 265 Church Street | Morrison & Foerster LLP |
| New Haven, CT  06508-1832 | 1290 Avenue of the Americas |
| | New York, NY  10104-0185 |
| | |
| Mary Alice Leonhardt, Esq. | Peter B. Prestley, Esq. |
| Offices Of Mary Alice Leonhardt | Craig T. Dickinson, Esq. |
| 102 Oak Street | Madsen, Prestley & Parenteau, LLC |
| Hartford, CT 06106 | 44 Capitol Avenue, Suite 201 |
| | Hartford, CT 06106 |
| | |
| Stuart M. Gerson, Esq. | Jacques J. Parenteau, Esq. |
| Epstein Becker & Green | Madsen, Prestley & Parenteau, LLC |
| 1227 25th Street, NW | 111 Huntington Street |
| Washington, DC 20037-1175 | P.O. Box 1631 |
| | New London, CT 06320 |

Daniel L. FitzMaurice, Esquire                 Stacie Boeniger Collier, Esquire
Day, Berry & Howard                            Nixon Peabody, LLP
CityPlace I                                    City Place
Hartford, CT 06103-3499                        185 Asylum Street
                                               Hartford, CT 06105

Nelson E. Roth, Esquire
Valerie L. Cross, Esquire
Cornell University
Office of the University Counsel
300 CCC Building
Garden Avenue
Ithaca, NY 14853

and, pursuant to Rule 5(c) of the Local Rules of Civil Procedure, three copies by United
States Postal Service, First Class Mail to:

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510.

_____
Patrick M. Noonan