UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel ROBERT C. SMITH, M.D., | : : : | CIVIL ACTION NO. |
| Plaintiffs, | : : | 3:02-CV-1205 (PCD) |
| v. | : : | |
| YALE NEW HAVEN HOSPITAL, ET AL | : : | September 8, 2005 |
| Defendants | : : | |

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF RULING ON YALE-NEW HAVEN HOSPITAL'S MOTION TO DISMISS**

Plaintiff, Robert C. Smith, M.D., hereby respectfully moves the Court to reconsider its Ruling on Yale-New Haven Hospital's Motion to Dismiss, filed August 25, 2005 (hereinafter "Ruling"). On November 16, 2004, Defendant Yale-New Haven Hospital (hereinafter "YNHH") moved the Court to dismiss Plaintiff's claims against it in the instant action, "Qui Tam Two", for the reasons that it set forth in support of its Motion to Dismiss in another case involving the parties, 3:00cv1359(PCD). After Plaintiff filed his Opposition to YNHH's Motion to Dismiss, YNHH filed a Reply in which it asserted, for the first time, that an additional reason - - the "first to file" bar - - warranted dismissal of Plaintiff's claims in Qui Tam Two. In its Ruling, the Court refused to dismiss Plaintiff's claims against YNHH in Qui Tam Two for the reasons initially advanced by YNHH, but it granted dismissal on the basis of the "first to file" bar. Here, Plaintiff respectfully moves the Court to reconsider its Ruling in light of points of law and fact which the Court may have overlooked in its decision.

**ORAL ARGUMENT IS REQUESTED; TESTIMONY IS NOT REQUIRED**

PLAINTIFF
ROBERT C. SMITH, M.D.,


By: _____
Jacques J. Parenteau
Fed. Bar No.: (CT09771)
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320
(860) 442-2466 – Telephone
(860) 447-9206 – Facsimile
Attorneys for the Plaintiff

**CERTIFICATION**

  I hereby certify that a copy of the foregoing were sent on this __th day of September 2005 via regular U.S. Mail, postage prepaid to:

Richard M. Molot
Assistant United States Attorney
P. O. Box 1834
New Haven, CT 06508

Stuart M. Gerson
Epstein Becker & Green, P.C.
1227 25th Street, NW  - Suite 700
Washington, DC 20037-1175

Gary Schulz
Nixon Peabody, LLP
990 Stewart Avenue
Garden City, NY 11530

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford, CT 06437

Mary Alice Leonhardt
 Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106

David S. Poppick
Epstein Becker & Green, P.C.
One Landmark Square - Suite 1800
Stamford, CT 06901

James R. Kahn
Cornell University
445 East 69th Street
New York, NY  10021

                 _____
                 Jacques J. Parenteau