UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITES STATES OF AMERICA ex rel.<br>ROBERT C. SMITH, M.D.<br><br>RELATOR,<br>v.<br><br>YALE-NEW HAVEN HOSPITAL, INC.,<br>YALE UNIVERSITY, NEW YORK-<br>PRESBYTERIAN HOSPITAL AND<br>CORNELL UNIVERSITY JOAN AND<br>SANFORD I. WEILL MEDICAL COLLEGE<br><br>DEFENDANTS. | Civil Action<br>No. 3:02-cv-01205 (PCD)<br><br><br><br><br>SUPPLEMENT TO<br>DEFENDANT<br>NEW YORK-PRESBYTERIAN<br>HOSPITAL'S MOTION TO<br>DISMISS |

This Court recently ordered dismissal of the instant action as against Yale-New Haven Hospital, the only Connecticut defendant in the case at the time that New York-Presbyterian Hospital ("NYPH") filed its Motion to Dismiss. Among the pending arguments raised by NYPH is that this Court lacks jurisdiction over it because NYPH was not alleged to have been a part of "the *same scheme or pattern or fraudulent conduct against each defendant* in the district in which he or she may be found at the time suit is commenced. 1986 U.S.C.C.A.N. at 5297 (emphasis added). This argument assumed that there was at least one local defendant. We then went on to show that the relator misreads the federal False Claims venue provision, 31 U.S.C. §3732(a) and that dismissal for want of personal jurisdiction is required.[1]

Relator's response to this argument is legally misplaced. However, the dismissal of the action as to Yale-New Haven Hospital, strips relator of any basis even to make the argument upon which he relies. Because there is no defendant in this action who is found in this district, the case must be dismissed even if relator's reading of the statute were correct (though it is not).

---

[1] NYPH alternatively argued, *inter alia,* that venue in this Court is improper.

DC:375538v1

For the foregoing reason, and for those reasons set forth in our previous papers, we respectfully submit that New York-Presbyterian Hospital's Motion to Dismiss should be granted, that the Third Amended Complaint be dismissed with prejudice and NYPH awarded its costs, attorneys fees and such other relief as the Court deems appropriate.

Dated: September 13, 2005                                    respectfully submitted,

                                                             EPSTEIN BECKER & GREEN, P.C.

                                                             Attorneys for Defendant
                                                             New York-Presbyterian Hospital

                                                             By: /s/ David S. Poppick
                                                             Stuart M. Gerson,
                                                             Admitted *pro hac vice*
                                                             Federal Bar No. CT03865
                                                             1227 25th Street, NW Suite 700
                                                             Washington, D.C. 20037-1175
                                                             (202) 861-0900


                                                             David S. Poppick,
                                                             Federal Bar No. CT13202
                                                             Jonathan M. Plissner
                                                             Federal Bar No. CT 23773
                                                             One Landmark Square, Suite 1800
                                                             Stamford, CT  06901-2601
                                                             (203) 348-373

## CERTIFICATION

    I hereby certify that a copy of the foregoing was sent on this 13th day of September, 2005 via regular U.S. Mail, postage prepaid to:

William J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana LLP
One Century Tower
265 Church Street, Box 1832
New Haven, CT  06508

James R. Kahn, Esq.
Associate University Counsel
Cornell University
445 East 69th Street
New York, NY  10021

Mary Alice Leonhardt, Esq.
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT  06106

Jacques J. Parenteau, Esq.
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT  06320

Gary Schulz
Nixon Peabody, LLP
990 Stewart Avenue
Garden City, NY 11530

Daniel L. FitzMaurice, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT  06103-3499

J. Alexander Lawrence, Esq.
Carl H. Loewenson, Jr., Esq.
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY  10104-0050

Patrick M. Noonan, Esq.
Donahue, Durham & Noonan, P.C.
Concept Park
741 Boston Post Road
Guilford, CT  06437

Peter B. Prestley, Esq.
Craig T. Dickerson, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford, CT  06106

and that three (3) copies have been mailed in accordance with Rule 5 of the Federal Rules of Civil Procedure and Rules 7(d) and 7(e) of the Local Rules of Civil Procedure to:

    Richard Molot, Esq.
    John Hughes, Esq.
    Assistant United States Attorney
    Office of the United States Attorney
    157 Church Street, 23rd Floor
    New Haven, CT  06510

*David S. Poppick*
David S. Poppick

DC:375538v1