UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA ex rel. and ROBERT C.
SMITH, M.D.,

                                                        Plaintiff,

                    - against -

YALE-NEW HAVEN HOSPITAL, INC., YALE
UNIVERSITY, NEW YORK PRESBYTERIAN HOSPITAL
AND CORNELL UNIVERSITY JOAN AND SANFORD I.
WEILL MEDICAL COLLEGE,

                                                        Defendants.

**Civil Action No.
3:02CV01205(PCD)**

**September 16, 2005**

## SUPPLEMENT TO DEFENDANT CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

In its ruling dated August 22, 2005, this Court dismissed the instant action against Yale New Haven Hospital, the sole remaining Connecticut defendant in the case at the time defendant Cornell University Joan and Sanford I. Weill Medical College ("Cornell") filed its motion to dismiss the Third Amended Complaint. In its initial moving papers, Cornell argued that it was improperly joined in the action because plaintiff failed to establish that there is an independent basis for the exercise of jurisdiction over Cornell. In opposition, plaintiff argued that jurisdiction over Cornell exists by virtue of the False Claims Act venue provision, 31 U.S.C. § 3732(a), since at least one defendant who allegedly participated in a purported scheme or pattern of fraud against the Government, Yale New Haven Hospital, was found within this district. Assuming, *arguendo*, that plaintiff's interpretation of the venue provision was correct to begin with, this jurisdictional predicate no longer exists. As a result of the Court's ruling dismissing Yale New

Haven Hospital from the case, no defendant presently in the action is found within this district, and there is no basis for the Court's exercise of jurisdiction over Cornell.

For the foregoing reason, and for the reasons set forth in its previously-filed moving papers, defendant Cornell respectfully requests that the Third Amended Complaint be dismissed with prejudice.

DEFENDANT

Cornell University Joan and Sanford I. Weill
Medical College

By: _____
    Gary P. Schulz, Esq. (phv0056)
    Christopher J. Porzio, Esq. (phv0057)
    Stacie Boeniger Collier, Esq. (ct18895)
    NIXON PEABODY LLP
    City Place
    185 Asylum Street
    Hartford, CT 06103
    (860) 275-6820
    (860) 275-6821 (fax)
    gschulz@nixonpeabody.com

- and -

James R. Kahn, Esq.
Deputy University Counsel
Cornell University
Weill Medical College
Office of University Counsel
445 East 69th Street
New York, New York 10021
ph (212) 746-0463
fax (212) 746-0495

Nelson E. Roth, Esq.
Deputy Univerity Counsel
ner3@cornell.edu

Valerie L. Cross, Esq.
Associate University Counsel
vlc1@cornell.edu

Cornell University
300 CCC Building, Garden Avenue
Ithaca, New York 14853
ph (607) 255-5124
fax (607) 255-2794

## CERTIFICATION OF SERVICE

This is to certify that a true and accurate copy of the foregoing was mailed, postage prepaid, on this _16th_ day of September, 2005 to the following counsel of record:

Mary Alice Leonhardt, Esq.
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT  06106

William J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggins & Dana LLP
One Century Tower
265 Church Street, Box 1832
New Haven, CT  06508

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue & Noonan, PC
741 Boston Post Road
Concept Park
Guilford, CT  06437

Stuart M. Gerson, Esq.
Epstein Becker & Green, P.C.
1227 25th Street, NW, Suite 700
Washington, DC  20037-1175

David S. Poppick, Esq.
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT  06901

Alexander J. Lawrence, Esq.
Carl H. Loewenson
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY  10104-0050

Craig T. Dickinson, Esq.
Madesen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT  06106

Richard M. Molot
U.S. Attorney's Office-NH
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT  06510

STACIE BOENIGER COLLIER