**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 SEP 29 A 10: 51

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel<br>and ROBERT C. SMITH, M.D. | :<br>:<br>: CIVIL ACTION NO. |
| Plaintiffs, | : 3:02CV01205 (PCD) |
| v. | : |
| YALE UNIVERSITY and<br>YALE NEW HAVEN HOSPITAL | :<br>:<br>: September 28, 2005 |
| Defendants. | : |

## MOTION FOR EXTENSION OF TIME

The defendant, Yale New Haven Hospital, hereby moves, pursuant to Local Civil Rule 7(b) for a two-week extension of time, up to and including October 13, 2005, to file an objection to the plaintiff's motion for reconsideration of ruling on motion to dismiss. This extension is necessary because defense counsel has been preparing for trial and conducting out-of-state depositions in other matters. Because of these circumstances, defense counsel has not had adequate time to prepare an objection. Plaintiff's counsel have indicated that they have no objection to the granting of this motion. This is the first such request for an extension of time.

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

THE DEFENDANT
YALE NEW HAVEN HOSPITAL

BY: _____
Patrick M. Noonan (#CT00189)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168
(203) 458-4424 – Fax

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Kenneth D. Heath, Esq.
Wiggin & Dana
One Century Tower
265 Church Street
New Haven, CT 06508-1832

Carl H. Loewenson, Jr., Esq.
Stanley R. Soya, Esq.
J. Alexander Lawrence, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0185

Mary Alice Leonhardt, Esq.
Offices Of Mary Alice Leonhardt
102 Oak Street
Hartford, CT 06106

Peter B. Prestley, Esq.
Craig T. Dickinson, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Stuart M. Gerson, Esq.
Epstein Becker & Green
1227 25th Street, NW
Washington, DC 20037-1175

Jacques J. Parenteau, Esq.
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320

       Daniel L. FitzMaurice, Esquire      Stacie Boeniger Collier, Esquire
       Day, Berry & Howard               Nixon Peabody, LLP
       CityPlace I                              City Place
       Hartford, CT 06103-3499            185 Asylum Street
                                                 Hartford, CT 06105

       Nelson E. Roth, Esquire
       Valerie L. Cross, Esquire
       Cornell University
       Office of the University Counsel
       300 CCC Building
       Garden Avenue
       Ithaca, NY 14853

and, pursuant to Rule 5(c) of the Local Rules of Civil Procedure, three copies by United States Postal Service, First Class Mail to:

       John Hughes, Esq.
       Richard Molot, Esq.
       Assistant United States Attorney
       Office of the Assistant United States Attorney
       157 Church Street, 23rd Floor
       New Haven, CT 06510.

                                                        _____
                                                        Patrick M. Noonan