UNITED STATES DISTRICT COURT

**FILED**

DISTRICT OF CONNECTICUT

Nov 10  3 54 PM '05

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| UNITED STATES OF AMERICA, _ex rel_ <br> and ROBERT C. SMITH, M.D. <br><br>                      **PLAINTIFFS** <br><br> VS. <br><br> YALE-NEW HAVEN HOSPITAL, INC, <br> YALE UNIVERSITY, NEW YORK PRESBYTERIAN <br> HOSPITAL AND CORNELL UNIVERSITY JOAN <br> AND SANFORD I. WEILL MEDICAL COLLEGE, <br>                      **DEFENDANTS** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action
No.3:02cv01205 (PCD)


**False Claims Act Action**
**Pursuant to**
**31 U.S.C. § 3729,** _et seq._


**NOVEMBER 24, 2004**

### PLAINTIFFS' MOTION FOR PERMISSION TO
### FILE THIRD AMENDED COMPLAINT

Pursuant to the Rules 15 and 21 of the Federal Rules of Civil Procedure and Rule 7 of the

Local Rules for this Court, Plaintiff respectfully moves for permission to file his Third Amended

Complaint, which is attached hereto as Exhibit 1. The changes effectuated by the proposed Third

Amended Complaint are as follows:  (a) A number of Defendants misjoined in the action will be

removed; and (b) the changes shall further specify and clarify the allegations previously set forth.

In support of this Motion, Plaintiff states as follows:

1.      The original complaint in this action was filed, under seal, on June 24, 2002;

2.      Pursuant to Court order, the Second Amended Complaint was served on the

Defendants reflected in the caption of the Third Amended Complaint on July 27,

2004.


**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

3.    No prejudice will be occasioned by the granting of the instant Motion, because no

discovery or other litigation related activity has been conducted.

4.    The granting of the instant Motion would comport with the letter and spirit of

Rule 15(a) of the Federal Rules of Civil Procedure, which provides that leave to

amend a pleading "shall be freely given when justice so requires." Fed. R. Civ. P.

15(a).

5.    The granting of the instant Motion would comport with the letter and spirit of

Rule 21 of the Federal Rules of Civil Procedure, which states in pertinent part

that: "Parties may be dropped or added by order of the court on motion of any

party or of its own initiative at any stage of the action and on such terms as are

just."


WHEREFORE, Plaintiff respectfully moves for permission to file the attached Third

Amended Complaint.

                                        PLAINTIFF
                                        ROBERT C. SMITH, M.D.,


                                By:_____
                                        Craig T. Dickinson (ct18053)
                                        Madsen, Prestley & Parenteau, LLC
                                        44 Capitol Avenue, Suite 201
                                        Hartford, CT 06320
                                        Tel: (860) 246-2466
                                        Fax: (860) 246-1794

## CERTIFICATION

I hereby certify that a copy of the foregoing were sent on this 24th day of November 2004 via regular U.S. Mail, postage prepaid to:

Mary Alice Leonhardt, Esq.
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106

Willam J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana LLP
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508

David S. Poppick, Esq.
Epstein Becker & Green, P.C.
One Landmark Square
Suite 1800
Stamford, CT 06901

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford, CT 06437

James R. Kahn, Esq.
Associate University Counsel
Cornell University
445 East 69th Street
New York, NY 10021

Stuart M. Gerson, Esq.
Epstein Becker & Green, P.C.
1227 25th Street, NW
Suite 700
Washington, DC 20037-1175

Alexander J. Lawrence, Esq.
Carl H. Loewenson
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York NY 10104-0050

and that three (3) copies have been mailed in accordance with Rule 5 of the Federal Rules of

Civil Procedure and Rules 7(d) and 7(e) of the Local Rules of Civil Procedure to:

Richard M. Molot, Esq.
Assistant United States Attorney
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Craig T. Dickinson