UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel | : | |
| ROBERT C. SMITH, M.D., | : | |
| | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:02-CV-1205 (PCD) |
| | : | |
| v. | : | |
| | : | |
| YALE NEW HAVEN HOPITAL, et al | : | |
| | : | |
| Defendants | : | February 28, 2006 |

MOTION FOR PERMISSION TO WITHDRAW
AS COUNSEL FOR THE PLAINTIFF

    Pursuant to Rule 15 of the Local Rules of the Court, and Rule 1.16(b) of the Connecticut Rules of Professional Conduct, Mary Alice Moore Leonhardt, of the Law Offices of Mary Alice Moore Leonhardt, LLC moves for permission to withdraw her appearance for the plaintiff in the above captioned matter.

    This honorable Court should grant this request under the general concepts of Rule 1.16(b) because withdrawal of the undersigned counsel can be accomplished without material adverse effect to the plaintiff or the litigation. Moreover, the undersigned counsel believes that grounds for withdrawal exist under subsections (4), (5), and (6) of Rule 1.16(b). I am prepared to discuss *ex parte* and *in camera* as to why I believe it is necessary to withdraw from representing the plaintiff.

    Due to concern for attorney-client privilege, the undersigned hereby respectfully requests that any discussion regarding these issues be conducted on the record, in chambers, and the record of those discussions be sealed.

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

                                  **PLAINTIFF,**
                                  **ROBERT C. SMITH, M.D.**

**By:**        _____
              **Mary Alice Moore Leonhardt**
              **Law Office of Mary Alice Moore Leonhardt, LLC**
              **67 Russ Street, Third Floor**
              **Hartford, CT 06106**
              **(860) 727-8874—main**
              **(860) 525-2194—facsimile**
              **Juris No. 303506**
              **Federal ID. CT 02996**
              **His Attorney**

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first class mail to the following counsel of record on this 28th day of February, 2006:

Peter B. Prestley, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue—Suite 201
Hartford, CT 06106

William J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana LLP
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508

Davis S. Poppick, Esq.
Epstein Beeker & Green, P.C.
One Landmark Square
Suite 1800
Stamford, CT 06901

Stuart M. Gerson, Esq.
Epstein Becker & Green, P.C.
1227 25th Street, NW
Suite 700
Washington, DC 20037-1175

James R. Kahn, Esq.
Associate University Counsel
Cornell University
445 East 69th Street
New York, NY 10021

Gary Schulz, Esq.
Nixon Peabody LLP
990 Stewart Avenue
Garden City, NY 11530

Alexander J. Lawrence, Esq.
Carl H. Loewenson
Morrison & Forester, LLP
1290 Avenue of the Americas
New York, NY 10104-0050

Patrick M. Noonan, Esq.
Delancy, Zemetis, Donahue & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford, CT 06437

I further certify that a copy of the foregoing was sent via certified mail on this 28th day of February 2006 to:

Robert C. Smith, M.D.
430 East Sixty-Third Street
Apt. 4I
New York, NY 10021

_____
**Mary Alice Moore Leonhardt**

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com