UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel : <br> ROBERT C. SMITH, M.D., <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> YALE NEW HAVEN HOSPITAL, et al : <br> : <br> Defendants : <br> _____: | CIVIL ACTION NO. <br> 3:02-CV-1205 (PCD) <br><br><br><br> February 27, 2006 |

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME
TO OPPOSE RULING ON MOTION FOR RECONSIDERATION**

Pursuant to the Federal Rules of Civil Procedure and Rule 7 of the Local Rules for this Court, Plaintiff respectfully requests a sixty-day extension of time – up to and including – May 1, 2006 - in which to file a Motion for Reconsideration. In addition, Plaintiff respectfully requests a sixty-day extension of time – up to and including – May 15, 2006 - in which to file an Amended Complaint.

In support of this Motion, Plaintiff states the following:

1.  On February 14, 2006, Judge Dorsey filed his Ruling on Defendant Yale-New Haven Hospital's Motion to Dismiss the Second Amended Complaint pursuant to Rules 9(b), 12(b)(1) and 12(h)(3) of the Federal Rules of Civil Procedure. Pursuant to that ruling and the rules of this court, Plaintiff currently has until March 1, 2006 to file a Motion for Reconsideration of the Court's ruling or until March 16, 2006 to file an Amended Complaint consistent with the Court's ruling.

**ORAL ARGUMENT IS NOT REQUESTED
TESTIMONY IS NOT REQUIRED**

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

2. Concomitant with the instant motion, Plaintiff's counsel is filing a Motion to Withdraw as Plaintiff's counsel. Due to the circumstances prompting that motion, Plaintiff will not be able to prepare and file either a Motion for Reconsideration or an Amended Complaint within the time afforded to do so.

3. Given the nature and complexity of the legal and factual issues needed to be addressed in either a Motion for Reconsideration or in an Amended Complaint, Plaintiff requires additional time to familiarize his other counsel and for his other counsel to prepare his pleadings.

4. This is Plaintiff's first request for an extension to file either a Motion for Reconsideration or to file an Amended Complaint pursuant to the Court's February 14, 2006 ruling.

5. On February 27, 2006, the undersigned's staff attempted several times to reach Attorneys for Defendants. Attorney Stuart Gerson, attorney for Yale New Haven Hospital, stated that his client takes no position with respect to this motion. Attorney Kenneth Heath, attorney for Yale University, has stated that his client does not oppose this motion. As of the time this motion was filed, counsel for the remaining Defendants had not responded to our attempts to reach them.

WHEREFORE, Plaintiff respectfully requests a sixty-day extension of time – up to and including – May 1, 2006 - in which to file a Motion for Reconsideration. In addition, Plaintiff respectfully requests a sixty-day extension of time – up to and including – May 15, 2006 - in which to file an Amended Complaint.

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

                    PLAINTIFF,
                    ROBERT C. SMITH, M.D.

By_____
      Peter B. Prestley  (CT15799)
      Madsen, Prestley & Parenteau, LLC
      44 Capitol Ave. - Suite 201
      Hartford, CT  06106
      (860) 246-2466

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed via first class mail to the following counsel of record on this 27th day of February, 2006:

Mary Alice Leonhardt, Esq.
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106

Willam J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana LLP
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508

David S. Poppick, Esq.
Epstein Becker & Green, P.C.
One Landmark Square
Suite 1800
Stamford, CT 06901

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford, CT 06437

James R. Kahn, Esq.
Associate University Counsel
Cornell University
445 East 69th Street
New York, NY 10021

Stuart M. Gerson, Esq.
Epstein Becker & Green, P.C.
1227 25th Street, NW
Suite 700
Washington, DC 20037-1175

Alexander J. Lawrence, Esq.
Carl H. Loewenson
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York NY 10104-0050

Gary Schulz, Esq.
Nixon Peabody LLP
990 Stewart Avenue
Garden City NY 11530

      I further certify that a copy of the foregoing was sent via certified mail on this 27th day of February 2006 to:

Robert C. Smith, M.D.
430 East Sixty-Third Street
Apt. 4 I as in eye
New York, New York 10021

                                                                         _____
                                                                         Peter B. Prestley

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com