UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel ROBERT C. SMITH, M.D., | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 3:02-CV-1205 (PCD) |
| v. | : : | |
| YALE NEW HAVEN HOSPITAL, et al | : : | February 27, 2006 |
| Defendants | : : | |

MOTION FOR PERMISSION TO WITHDRAW
AS COUNSEL FOR THE PLAINTIFF

Pursuant to Rule 15 of the Local Rules of this Court, and Rule 1.16(b) of the Connecticut Rules of Professional Conduct, the following lawyers of Madsen, Prestley & Parenteau, LLC. move for permission to withdraw their appearances for the Plaintiff in the above captioned matter: Jacques J. Parenteau, Peter B. Prestley and Craig T. Dickinson.

This honorable Court should grant this request under the general concepts of Rule 1.16(b) because withdrawal of the undersigned counsel can be accomplished without material adverse effect to the Plaintiff or the litigation. Moreover, the undersigned counsel believes that grounds for withdrawal exist under subsections (4), (5) and (6) of Rule 1.16(b). For reasons we are prepared to discuss *ex parte* and *in camera*, we believe it is necessary for us to withdraw from representing the Plaintiff.

Due to concern for attorney-client confidentiality, we respectfully request that any discussion regarding these issues be conducted on the record, in chambers, and the record of those discussions be sealed.

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

       PLAINTIFF
       ROBERT C. SMITH, M.D.


By: _____
   Peter B. Prestley (CT15799)
   MADSEN, PRESTLEY & PARENTEAU, LLC
   44 Capitol Avenue – Suite 201
   Hartford, CT 06106
   (860)246-2466
   His Attorneys

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed via first class mail to the following counsel of record on this 27th day of February, 2006:

Mary Alice Leonhardt, Esq.
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106

| | |
|---|---|
| Willam J. Doyle, Esq.<br>Kenneth D. Heath, Esq.<br>Wiggin & Dana LLP<br>One Century Tower<br>265 Church Street, Box 1832<br>New Haven, CT 06508 | David S. Poppick, Esq.<br>Epstein Becker & Green, P.C.<br>One Landmark Square<br>Suite 1800<br>Stamford, CT  06901 |
| Patrick M. Noonan, Esq.<br>Delaney, Zemetis, Donahue, & Noonan, P.C.<br>741 Boston Post Road<br>Concept Park<br>Guilford, CT 06437 | James R. Kahn, Esq.<br>Associate University Counsel<br>Cornell University<br>445 East 69th Street<br>New York, NY  10021 |
| Stuart M. Gerson, Esq.<br>Epstein Becker & Green, P.C.<br>1227 25th Street, NW<br>Suite 700<br>Washington, DC 20037-1175 | Alexander J. Lawrence, Esq.<br>Carl H. Loewenson<br>Morrison & Foerster, LLP<br>1290 Avenue of the Americas<br>New York NY  10104-0050 |

Gary Schulz
Nixon Peabody LLP
990 Stewart Avenue
Garden City NY  11530

      I further certify that a copy of the foregoing was sent via certified mail on this day of February 2006 to:

Robert C. Smith, M.D.
430 East Sixty-Third Street
Apt. 4 I as in eye
New York, New York 10021

                                            _____
                                            Peter B. Prestley

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com