UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITES STATES OF AMERICA ex rel. ROBERT C. SMITH, M.D.<br><br>RELATOR,<br><br>v.<br>YALE-NEW HAVEN HOSPITAL, INC., YALE UNIVERSITY, NEW YORK-PRESBYTERIAN HOSPITAL AND CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE<br><br>DEFENDANTS. | Civil Action<br>No. 3:02-cv-01205 (PCD)<br><br>DEFENDANT<br>NEW YORK-PRESBYTERIAN HOSPITAL'S RESPONSE TO MOTIONS TO WITHDRAW AND FOR ENLARGEMENT OF TIME |

The two law firms representing the Relator have moved for permission to withdraw as counsel. Relator also has moved to enlarge his time to oppose a motion for reconsideration of a matter that does not involve New York-Presbyterian Hospital ("NYPH") or, alternatively, to seek leave to file an amended complaint. One of the motions documents states that the attorney for NYPH takes no position on the subject, but that cryptic remark and its erroneous client reference requires clarification as to what NYPH's views actually are.[1]

As the Court is aware, NYPH has moved to dismiss the *Third* Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(3), 12(b)(6), and the federal False Claims Act, 31 U.S.C. §§ 3729, *et seq.* because this Court lacks personal jurisdiction over NYPH, because venue in this Court is improper, and because the complaint otherwise fails to state a claim upon which relief

---

[1] Mr. Gerson is counsel for NYPH, not Yale New Haven Hospital, as the motion paper erroneously states. He, of course, could state no position as to that institution.

- 2 -

can be granted under federal or state law, and pursuant to Fed. R. Civ. P. 9(b), because Relator does not plead fraud with sufficient particularity. All briefs that are permissible have been submitted by both sides and the matter has been pending decision for several months.

NYPH in fact takes no position on whether Relator's counsel ultimately should be allowed to withdraw. Indeed, it would be impossible for us to take a reasoned position given the fact that the moving papers contain no detail or cause for the requested action, asking instead that the matter be addressed in a chambers proceeding the record of which should be sealed. NYPH believes strongly, however, that no action on these motions should be taken until its dismissal motion has been addressed by the Court.

As noted, the record on this motion is complete and, we submit, the reasons for its granting, particularly the jurisdictional portions, are compelling. The issue as to which Relator might seek reconsideration has nothing to do with NYPH, and any suggestion that the Relator might preserve the ability to file what would be a fourth amended complaint against NYPH strains credulity. At some point, there is no apple left from which to bite. We are at that point now, at least as far as NYPH is concerned.

- 3 -

WHEREFORE, NYPH respectfully submits that any action on Relator's counsels' motions to withdraw and for other relief be taken only after the Court rules on NYPH's pending Motion to Dismiss.

Dated: March 2, 2006

Respectfully submitted,
EPSTEIN BECKER & GREEN, P.C.

Attorneys for Defendant
New York-Presbyterian Hospital

By: *Stuart M. Gerson*
Stuart M. Gerson,
Admitted *pro hac vice*
Federal Bar No. CT03865
1227 25th Street, NW Suite 700
Washington, D.C. 20037-1175
(202) 861-0900

David S. Poppick,
Federal Bar No. CT13202
Jonathan M. Plissner
Federal Bar No. CT 23773
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-373

Case 3:02-cv-01205-PCD    Document 128    Filed 03/03/2006    Page 4 of 4

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent on this 2nd day of March, 2006 via regular U.S. Mail, postage prepaid to:

William J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana LLP
One Century Tower
205 Church Street, Box 1832
New Haven, CT 06508

Daniel L. FitzMaurice, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

James R. Kahn, Esq.
Associate University Counsel
Cornell University
445 East 69th Street
New York, NY 10021

J. Alexander Lawrence, Esq.
Carl H. Loewenson, Jr., Esq.
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104-0050

Mary Alice Leonhardt, Esq.
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106

Patrick M. Noonan, Esq.
Donahue, Durham & Noonan, P.C.
Concept Park
741 Boston Post Road
Guilford, CT 06437

Jacques J. Parenteau, Esq.
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320

Peter B. Prestley, Esq.
Craig T. Dickerson, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Gary Schulz. Esq.
Nixon Peabody, LLP
990 Stewart Avenue
Garden City, NY 11530

and that three (3) copies have been mailed in accordance with Rule 5 of the Federal Rules of Civil Procedure and Rules 7(d) and 7(e) of the Local Rules of Civil Procedure to:

Richard Molot, Esq.
John Hughes, Esq.
Assistant United States Attorney
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
David S. Poppick

NY:1000143v1