UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA ex rel. and ROBERT C.
SMITH, M.D.,

                                        Plaintiff,

        - against -                                      **Civil Action No.**
                                                         **3:02CV01205(PCD)**
YALE-NEW HAVEN HOSPITAL, INC., YALE
UNIVERSITY, NEW YORK PRESBYTERIAN HOSPITAL
AND CORNELL UNIVERSITY JOAN AND SANFORD I.
WEILL MEDICAL COLLEGE,

                                        Defendants.

### RESPONSE OF CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE TO PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AND FOR ENLARGEMENT OF TIME TO ANSWER OR AMEND

Plaintiff's attorneys, the law firms of Madsen, Prestley & Parentau , LLC and the Law

Offices of Mary Alice Leonhardt, LLC, have each moved for permission to withdraw from their

representation of plaintiff in this action.  Defendant Cornell University Joan and Sanford I. Weill

Medical College ("Cornell") takes no position with respect to the merits of these two motions

since it is impossible to ascertain the precise grounds upon which withdrawal is sought.  The

moving papers of plaintiff's counsel do not detail the basis for their respective applications, but

instead request that any proceedings on the motions occur *ex parte* and *in camera* and further

that the record of such proceedings be sealed.

Cornell does, however, respectfully request that no consideration be given to the motions

for withdrawal prior to the time that a decision is issued on its pending motion for dismissal.  As

the Court is aware, Cornell moved to dismiss plaintiff's Third Amended Complaint in this action

pursuant to Rules 9(b), 12(b) (2), (4), (5), (6), and 20 of the Federal Rules of Civil Procedure, or

in the alternative, to sever any claims against Cornell that may survive dismissal and transfer said claims to the Southern District of New York pursuant to Rule 21 and 28 U.S.C. § 1404(a). This motion has been fully briefed, and the parties have awaited a decision for the past several months. The application of plaintiff's counsel for withdrawal should not serve to delay a resolution of Cornell's motion to dismiss.

With regard to plaintiff's motion for an enlargement of time to move for reconsideration of the Court's decision with respect Yale-New Haven Hospital, Inc.'s motion to dismiss the complaint in a related action, Case No. 3:00cv1359 (PCD) and referred to as "Qui Tam I," Cornell again takes no position except to request that plaintiff's application not be permitted to delay a decision with respect to Cornell's pending motion to dismiss this action, also referred to as "Qui Tam II." As a result of the Court's Order dated February 10, 2006, consolidating Qui Tam I and Qui Tam II, plaintiff's request for additional time to move for reconsideration, or to amend his complaint in Qui Tam I, particularly when coupled with the requests by his attorneys to withdraw, could result in undue delay of proceedings in Qui Tam II. Cornell should not be forced to wait in Qui Tam II while plaintiff considers his alternatives in Qui Tam I.

Dated: March 6, 2006

DEFENDANT

Cornell University Joan and Sanford I. Weill
Medical College

By: _____
    Gary P. Schulz, Esq. (phv0056)
    Christopher J. Porzio, Esq. (phv0057)
    Stacie Boeniger Collier, Esq. (ct18895)
    NIXON PEABODY LLP
    City Place
    185 Asylum Street
    Hartford, CT 06103
    (860) 275-6820
    (860) 275-6821 (fax)
    gschulz@nixonpeabody.com

G290032.2

- and -

James R. Kahn, Esq.
Deputy University Counsel
Cornell University
Weill Medical College
Office of University Counsel
445 East 69th Street
New York, New York 10021
ph (212) 746-0463
fax (212) 746-0495

Nelson E. Roth, Esq.
Deputy Univerity Counsel
ner3@cornell.edu

Valerie L. Cross, Esq.
Associate University Counsel
vlc1@cornell.edu

Cornell University
300 CCC Building, Garden Avenue
Ithaca, New York 14853
ph (607) 255-5124
fax (607) 255-2794