UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Conference Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Conference Room #106

March 20, 2006

10:00 A.M.

<u>CASE NO.   3-02-cv-1205 (PCD)   Robert C. Smith vs. Bridgeport Hospital, et als</u>

COUNSEL OF RECORD:

| | |
|---|---|
| Steven M. Barry, Esq. | Delaney, Zemetis, Donahue, Durham & |
| Patrick M. Noonan, Esq. | Noonan, Concept Park, 741 Boston Post Rd., |
| | Guilford, CT 06437        203-458-9168 |
| | |
| Stacie Boeniger Collier, Esq. | Nixon, Peabody, LLP, CityPlace, |
| | 185 Asylum St., Hartford, CT 06103 |
| | 860-275-6820 |
| | |
| Valerie L. Cross, Esq. | Cornell Univ., Associates University Counsel, |
| Nelson E. Roth, Esq. | 300 CCC Bldg., Garden Ave., Ithaca, NY 14853 |
| | 607-255-2796 |
| | |
| Craig Thomas Dickinson, Esq. | Madsen, Prestley & Parenteau, LLC, |
| Peter Burgoyne Prestley, Esq. | 44 Capitol Ave., 2nd Fl. E., Suite 201, |
| | Hartford, CT 06106        860-246-2466 |
| | |
| Stuart M. Gerson, Esq. | Epstein, Becker & Green, P.C., |
| | Suite 700, 1227 25th St., N.W., |
| | Washington, DC 20037-1156 |
| | 202-861-4180 |
| | |
| John B. Hughes, AUSA | U.S. Attorney's Office, 157 Church St., |
| Richard M. Molot, AUSA | 23rd Fl., P.O. Box 1824, New Haven, CT 06510 |
| | 203-821-3700 |

| | |
|---|---|
| James R. Kahn, Esq. | Weill Medical College of Cornell Univ., 445 East 69th St., Suite 432, New York, NY 10021    212-746-0463 |
| Stephen M. Kohn, Esq. | Kohn, Kohn & Colapinto, LLP, 3233 P St., NW, Washington, DC 20007 202-342-6980 |
| J. Alexander Lawrence, Esq. Carl H. Loewenson, Jr., Esq., | Morrison & Foerster, 1290 Ave. Of the Americas, New York, NY 10104-0050 212-336-8638 |
| Mary Alice Leonhardt, Esq. | 67 Russ St., Hartford, CT 06106 860-727-8874 |
| Jacques J. Parenteau, Esq. | Madsen, Prestley & Parenteau, 111 Huntington St., P.O. Box 1631, New London, CT 06320    860-442-2466 |
| Jonathan M. Plissner, Esq. David S. Poppick, Esq. | Epstein, Becker & Green, P.C., One Landmark Square, Suite 1800, Stamford, CT 06901-2165   203-348-3737 |
| Christopher J. Porzio, Esq. Gary P. Schulz, Esq. | Nixon, Peabody, LLP, 990 Stewart Ave., Garden City, NY 11530    516-832-7500 |
| Stanley R. Soya, Esq. | Morrison & Foerster, LLP, 1650 Tysons Blvd., Suite 300, McLean, VA 22102    703-760-7760 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK