UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel | : | |
| ROBERT C. SMITH, M.D. | : | |
| | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:02-CV-01205 (PCD) |
| v. | : | |
| | : | |
| YALE NEW HAVEN HOSPITAL, | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| Defendants. | : | MARCH 7, 2006 |

## OBJECTION TO MOTION FOR ENLARGEMENT OF TIME

Yale New Haven Hospital hereby objects to Relator's sixty day motion for extension of time in which to file a motion for reconsideration with respect to this Court's Motion to Dismiss. The apparent reason Relator's request for an extension of time is that Relator's counsel has indicated that he is filing a motion to withdraw as counsel. However, Relator has other counsel, Stephen Kohn, who has an appearance in the file. Accordingly, plaintiff does not need additional time within which to secure new counsel. Accordingly, there is no basis for permitting such an extended period of time within which to file a motion for reconsideration. Plaintiff's request should therefore be denied.[1]

---

[1] Relator's motion alleges that Attorney Stuart Gerson, "attorney for Yale New Haven Hospital," stated that his client takes no position with respect to this motion. In fact, Attorney Gerson does not represent Yale New Haven Hospital in this matter. Relator's paralegal called the undersigned on February 27 to inquire of Yale New Haven Hospital's position. The undersigned informed the paralegal that he would need to check with his client and get back to her. The motion for extension of time was then filed that very day, February 27.

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

          THE DEFENDANT
          YALE NEW HAVEN HOSPITAL


BY:_____
Patrick M. Noonan  (#CT00189)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168
(203) 458-4424 – Fax

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

| | |
|---|---|
| Kenneth D. Heath, Esquire<br>Wiggin & Dana<br>One Century Tower<br>265 Church Street<br>New Haven, CT  06508-1832 | Carl H. Loewenson, Jr., Esquire<br>Stanley R. Soya, Esquire<br>J. Alexander Lawrence, Esquire<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104-0185 |
| Mary Alice Leonhardt, Esquire<br>Offices Of Mary Alice Leonhardt<br>67 Russ Street, Suite 3<br>Hartford, CT 06106 | Peter B. Prestley, Esquire<br>Craig T. Dickinson, Esquire<br>Madsen, Prestley & Parenteau, LLC<br>44 Capitol Avenue, Suite 201<br>Hartford, CT 06106 |
| Stuart M. Gerson, Esquire<br>David S. Poppick, Esquire<br>Jonathan M. Plissner, Esquire<br>Epstein Becker & Green<br>1227 25th Street, NW<br>Washington, DC 20037-1175 | Jacques J. Parenteau, Esquire<br>Peter Burgoyne Prestley, Esquire<br>Madsen, Prestley & Parenteau, LLC<br>111 Huntington Street<br>P.O. Box 1631<br>New London, CT 06320 |

    Daniel L. FitzMaurice, Esquire
    Day, Berry & Howard      Stacie Boeniger Collier, Esquire
    CityPlace I      Christopher J. Porzio, Esquire
    Hartford, CT 06103-3499      Gary P. Schulz, Esquire
         Nixon Peabody, LLP
         City Place
         185 Asylum Street
         Hartford, CT 06105

    Nelson E. Roth, Esquire
    Valerie L. Cross, Esquire      Stephen M. Kohn, Esquire
    Cornell University      Kohn, Kohn & Colapinto, LLP
    Office of the University Counsel      3233 P. Street, NW
    300 CCC Building      Washington, DC 20007
    Garden Avenue
    Ithaca, NY 14853

    James R. Kahn, Esquire
    Weill Medical College of Cornell University
    445 East 69th Street, Suite 432
    New York, NY 10021

and, pursuant to Rule 5(c) of the Local Rules of Civil Procedure, three copies by United States Postal Service, First Class Mail to:

    John Hughes, Esquire
    Richard Molot, Esquire
    Assistant United States Attorney
    Office of the Assistant United States Attorney
    157 Church Street, 23rd Floor
    New Haven, CT 06510.

                                     _____
                                     Patrick M. Noonan