UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
                                            )
UNITED STATES ex rel.,                      )
ROBERT C. SMITH, M.D.,                      )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )   Case No. 3:02-cv-1205 (PCD)
                                            )
YALE UNIVERSITY, YALE-NEW HAVEN             )
HOSPITAL, INC., NEW YORK PRESBYTERIAN       )
HOSPITAL and CORNELL UNIVERSITY JOAN        )
AND SANFORD I. WEILL MEDICAL                )
COLLEGE,                                    )
                                            )
            Defendants.                     )
_____)

## **ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Transfer Claims Against the New York-Based Defendants and, Alternatively, Motion to Alter or Amend Judgment to Permit Transfer, all papers and argument is support thereof, and all papers and argument in response thereto, and the entire record herein, it be and hereby is

ORDERED that Plaintiff's motion be and hereby is GRANTED; and it is

FURTHER ORDERED, that all of Plaintiff's claims against Defendants **New York Presbyterian Hospital** and **Cornell University Joan and Sanford I. Weill Medical College**, alleged in this action are severed and hereby transferred to the U.S. District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a) and 28 U.S.C. § 1406(a).

IT IS SO ORDERED.

_____                              _____
DATE                                           HON. PETER C. DORSEY
                                               UNITED STATES DISTRICT JUDGE