**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA, ex rel and
ROBERT C. SMITH, M.D.

     v.                                   Civil No.  3:02 cv 1205 (PCD)

YALE-NEW HAVEN HOSPITAL, INC.,
YALE UNIVERSITY, NEW YORK PRESBYTERIAN
HOSPITAL AND CORNELL UNIVERSITY JOAN
AND SANFORD I. WEILL MEDICAL COLLEGE

**JUDGMENT**

     This matter came before the Honorable Mark R. Kravitz, United States District Judge, on defendants' motions to dismiss.  The Court has reviewed all of the papers filed in conjunction with the motions and on March 7, 2006, issued a ruling granting the relief.  On August 3, 2005, a Stipulation of Dismissal was filed dismissing defendant Yale University.

     It is therefore ORDERED and ADJUDGED that judgment of dismissal shall enter for the defendants and the case is closed.

     Dated at New Haven, Connecticut, this 18th day of April, 2006.

                                        KEVIN F.  ROWE, CLERK
                                        By

                                        /s/

                                        Patricia A. Villano
                                        Deputy Clerk

EOD: _____