**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA, <u>ex rel</u> and
ROBERT C. SMITH, M.D.

     v.                                                        Civil No.  3:02 cv 1205 (PCD)

YALE-NEW HAVEN HOSPITAL, INC.,
YALE UNIVERSITY, NEW YORK PRESBYTERIAN
HOSPITAL AND CORNELL UNIVERSITY JOAN
AND SANFORD I. WEILL MEDICAL COLLEGE

**JUDGMENT**

The judgment entered in this case on April 19, 2006, is hereby amended as follows.

     This matter came before the Honorable Peter C. Dorsey, Senior United States District Judge, on defendants' motions to dismiss.  The Court has reviewed all of the papers filed in conjunction with the motions and on March 7, 2006, issued a ruling granting the relief.  On August 3, 2005, a Stipulation of Dismissal was filed dismissing defendant Yale University.

     It is therefore ORDERED and ADJUDGED that judgment of dismissal shall enter for the defendants and the case is closed.

     Dated at New Haven, Connecticut, this 20th day of April, 2006.

                                              KEVIN F.  ROWE, CLERK
                                              By

                                              /s/

                                              Patricia A. Villano
                                              Deputy Clerk

EOD: _____