UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITES STATES OF AMERICA *ex rel.* ROBERT C. SMITH, M.D.<br><br>RELATOR,<br>v.<br><br>YALE-NEW HAVEN HOSPITAL, INC., YALE UNIVERSITY, NEW YORK-PRESBYTERIAN HOSPITAL AND CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE<br><br>DEFENDANTS. | Civil Action<br>No. 3:02-cv-01205 (PCD)<br><br>MOTION OF STUART M. GERSON TO CORRECT THE DOCKET |

Stuart M. Gerson, lead counsel for New York-Presbyterian Hospital ("NYPH"), makes this Motion to Correct the Docket for the above-captioned matter, which through a clerical error currently lists him as counsel for Defendant NYPH <u>and</u> as counsel representing the Plaintiff. Since the inception of this matter, attorney Gerson has represented only defendant NYPH and has never represented the Plaintiff, nor any other defendant in this action. Attorney Gerson respectfully requests that the Docket in this matter be corrected to remove his name as one of the

NY:1072908v1

listed counsel for Plaintiff and that the Docket continue to list him as counsel for defendant NYPH.

Dated: April 26, 2006

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

Attorneys for Defendant
New York-Presbyterian Hospital

By: _____
Stuart M. Gerson,
Admitted *pro hac vice*
Federal Bar No. CT03865
1227 25th Street, NW Suite 700
Washington, D.C. 20037-1175
(202) 861-0900


David S. Poppick,
Federal Bar No. CT13202
Jonathan M. Plissner
Federal Bar No. CT23773
One Landmark Square, Suite 1800
Stamford, CT  06901-2601
(203) 348-3737

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent on this 26th day of April 2006 via regular U.S. Mail, postage prepaid to:

William J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana LLP
One Century Tower
205 Church Street, Box 1832
New Haven, CT  06508

James R. Kahn, Esq.
Associate University Counsel
Cornell University
445 East 69th Street
New York, NY  10021

Patrick M. Noonan
Steven M. Barry
Delaney, Zemetis, Donahue, Durham
 & Noonan, P.C.
Concept Park
741 Boston Post Road
Guilford, CT  06437

Gary P. Schulz
Christopher J. Porzio
Nixon Peabody, LLP
990 Stewart Avenue
Garden City, NY  11530

Stacie Boeniger Collier
Nixon Peabody, LLP
Cityplace, 185 Asylum Street
Hartford, CT  06103

Daniel L. FitzMaurice, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT  06103-3499

J. Alexander Lawrence, Esq.
Carl H. Loewenson, Jr., Esq.
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY  10104-0050

Stephen M. Kohn
Kohn, Kohn & Colapinto, LLP
3233 P Street, N.W.
Washington, D.C.  20007-2756

Nelson E. Roth
Valerie L. Cross
Cornell University
300 CCC Bldg., Garden Avenue

Stanley R. Soya
Morrison & Foerster, LLP
1650 Tysons Blvd., Suite 300
McLean, VA  22102

and that three (3) copies have been mailed in accordance with Rule 5 of the Federal Rules of Civil Procedure and Rules 7(d) and 7(e) of the Local Rules of Civil Procedure to:

Richard Molot, Esq.
John Hughes, Esq.
Assistant United States Attorney
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

_____
Jonathan M. Plessner

NY:1072215v1