## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, ex rel and
ROBERT C. SMITH, M.D.

      v.                                    Civil No. 3:02 cv 1205 (PCD)

YALE-NEW HAVEN HOSPITAL, INC.,
YALE UNIVERSITY, NEW YORK PRESBYTERIAN
HOSPITAL AND CORNELL UNIVERSITY JOAN
AND SANFORD I. WEILL MEDICAL COLLEGE

## **SECOND AMENDED JUDGMENT**

      This matter came before the Honorable Peter C. Dorsey, Senior United States District Judge, on plaintiff's motion to transfer to another district and motion to amend Ruling filed March 7, 2006. The Court has reviewed all of the papers filed in conjunction with the motions and on April 28, 2006, issued a ruling granting the relief, vacating the prior Ruling, insofar as it dismisses the claims against New York Presbyterian Hospital and Cornell University Joan And Sanford I. Weill Medical College and transferring the case as to these parties only to the United States District Court for the Southern District of New York. On August 3, 2005, a Stipulation of Dismissal was filed dismissing defendant Yale University.

EOD: _____

It is therefore ORDERED and ADJUDGED that the claims against New York Presbyterian Hospital and Cornell University Joan And Sanford I. Weill Medical College are hereby transferred to the United States District Court for the Southern District of New York and the case is dismissed as to the defendants Yale-New Haven Hospital, Inc., and Yale University.

Dated at New Haven, Connecticut, this 9th day of May, 2006.

KEVIN F. ROWE, CLERK
By

/s/

Patricia A. Villano
Deputy Clerk