UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES, *ex rel.*, and ROBERT C. SMITH, M.D.,<br><br>        Plaintiff,<br><br>v.<br><br>YALE-NEW HAVEN HOSPITAL, INC., *et al.*,<br><br>        Defendants. | **Civil No. 3:02-cv-1205 (PCD)**<br><br>**Consolidated with** |
| UNITED STATES, *ex rel.*, and ROBERT C. SMITH, M.D.,<br><br>        Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, *et al.*,<br><br>        Defendants. | **Civil No. 3:00-cv-1359 (PCD)** |

### NOTICE OF APPEAL

Notice is hereby given that Robert C. Smith, M.D., plaintiff in the above-captioned consolidated cases, hereby appeals to the United States Court of Appeals for the Second Circuit the order issued in Case No. 3:00-cv-1359 on February 14, 2006 [Doc. No. 208]; and in Case No. 3:02-cv-01205 the orders issued on February 10-14, 2006 [Doc. Nos. 123-124], March 7, 2006 [Doc. No. 130] and the subsequent Judgment, dated April 18, 2006 [Doc. No. 141], and Second Amended Judgment, dated May 9, 2006 [Doc. No. 149], granting the dismissal of defendant Yale-New Haven Hospital, Inc.

Respectfully submitted,

_____
Stephen M. Kohn    phv 0404
Admitted *Pro Hac Vice*
(D.C. Bar No. 411513)

KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2756
Phone: (202) 342-6980
Fax:    (202) 342-6984

*Attorney for Plaintiff-Relator
Robert C. Smith, M.D.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by U.S. first class mail, postage prepaid, to the following counsel of record on this 15th day of May, 2006:

William J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana LLP
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford, CT 06437

Stuart M. Gerson, Esq.
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037-1175

Gary Schulz, Esq.
Nixon Peabody LLP
990 Stewart Avenue
Garden City, NY 11530

David S. Poppick, Esq.
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT

James R. Kahn, Esq.
Associate University Counsel
Cornell University
445 East 69th Street
New York, NY 10021

Alexander J. Lawrence, Esq.
Carl H. Loewenson
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104-0050

John B. Hughes
U.S. Attorney's Office
157 Church Street, P.O. Box 1824
23rd Floor
New Haven, CT 06510

By: _____
Stephen M. Kohn