MANDATE



CONN / NHCT
02-CV-1205
Dorsey

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

Robert Smith

    v.                      Docket No. 06-2352-cv

New York Presbyterian Hospital

*UNITED STATES COURT OF APPEALS*
*FILED*
**JAN 3 1 2007**
*Thomas Asreen, Acting Clerk*
*SECOND CIRCUIT*

## STIPULATION TO CONTINUE DATE TO REACTIVEATE APPEAL

The undersigned counsel for the parties hereby stipulate that the above-captioned

appeal shall remain in its current status as withdrawn without costs and without attorneys'

fees and **without prejudice**, provided reactivation of the appeal by appellant's counsel

by written notice to the Clerk of this court is received by **March 8, 2007**.  If not

reactivated by March 8, 2007, the appeal shall be deemed withdrawn with prejudice. (*See*

*Hertzner v. Henderson*, 292 F.3d 302 (2d Cir. 2002).  The continued withdrawal of the

appeal from active consideration shall not operate as a dismissal of the appeal under

F.R.A.P 42(b).

Dated: January 8, 2007

_____
Michael D. Kohn
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C.  20007
202-342-6980
202-342-6984 (fax)
Attorney for Appellant

_____
Patrick M. Noonan  W. M. express permission MK
DONAHUE, DURHAM & NOONAN, PC
741 Boston Post Rd., Suite 306
Guilford, CT  06437
203-458-9168
203-458-3324
Attorney for Appellee

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by _____
DEPUTY CLERK

So ordered:

OR THE COURT
Thomas Asreen, Acting Clerk
by _____
idya Kurella, Associate Staff Counsel

**CERTIFIED:**

JAN 3 1 2007