MANDATE

*CONN/NHCT*
*02-cv-1205*
*Dorsey*

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

Robert Smith

    v.                       Docket No. 06-2352-cv

New York Presbyterian Hospital

*UNITED STATES COURT OF APPEALS*
*FILED*
*JAN 3 1 2007*
*Thomas Asreen, Acting Clerk*
*SECOND CIRCUIT*

## STIPULATION TO CONTINUE DATE TO REACTIVEATE APPEAL

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal shall remain in its current status as withdrawn without costs and without attorneys' fees and **without prejudice**, provided reactivation of the appeal by appellant's counsel by written notice to the Clerk of this court is received by **March 8, 2007**. If not reactivated by March 8, 2007, the appeal shall be deemed withdrawn with prejudice. (*See Hertzner v. Henderson*, 292 F.3d 302 (2d Cir. 2002). The continued withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under F.R.A.P 42(b).

Dated: January 8, 2007

Michael D. Kohn
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C.  20007
202-342-6980
202-342-6984 (fax)
Attorney for Appellant

Patrick M. Noonan *w. M. express permission MK*
DONAHUE, DURHAM & NOONAN, PC
741 Boston Post Rd., Suite 306
Guilford, CT  06437
203-458-9168
203-458-3324
Attorney for Appellee

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by _____
DEPUTY CLERK

*So ordered:*
OR THE COURT
Thomas Asreen, Acting Clerk

Vidya Kurella, Associate Staff Counsel

CERTIFIED:
JAN 3 1 2007